**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**JOSEPH V. MACIAS 273168**
**SUTTON HAGUE LAW CORPORATION**
6715 North Palm Ave., Suite 216
Fresno, CA 93704
Telephone:      (559) 325-0500
Facsimile:      (559) 981-1217

Attorney for Plaintiff Deerpoint Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA

FRESNO DIVISION

\* \* \*

| | |
|---|---|
| Deerpoint Group, Inc., an Illinois Corporation, | Case No. |
| Plaintiff, | COMPLAINT FOR: |
| vs. | **1)** PATENT INFRINGEMENT (No. 6,238,573) |
| Acqua Concepts, Inc. (DBA Ag Water Chemical of California), a California Corporation; | **2)** PATENT INFRINGEMENT (No. 7,638,064) |
| | **3)** MISAPPROPRIATION OF TRADE SECRETS |
| Mr. Andres Barrera, an Individual; | **4)** BREACH OF CONFIDENTIALITY AGREEMENTS |
| Mr. Eduardo Erenas, an Individual; and | |
| Does 1-10. | JURY TRIAL DEMANDED |
| Defendants. | |

1.      Plaintiff Deerpoint Group, Inc. ("Plaintiff") complains against Acqua Concepts, Inc. (DBA Ag Water Chemical of California), a California Corporation ("Acqua"); Mr. Andres Barrera ("Barrera"), and Mr. Eduardo Erenas ("Erenas") (collectively "Defendants") as follows:

<u>Nature of the Action</u>

2.      This is an action against Defendants seeking, among other things, the following: 1) damages and injunctive relief for Defendants' infringement of Plaintiff's patents; 2) damages and injunctive relief for Defendants' misappropriation of Plaintiff's trade secrets; and 3) damages from Defendants Eduardo Erenas and Andres Barrera for breach of confidentiality agreements.

**The Parties**

3.      Plaintiff is a corporation organized and existing under the laws of the State of Illinois with its principal place of business at 4339 N. Selland Ave., Fresno, CA 93722. Plaintiff provides water treatment for agricultural users and Plaintiff installs hardware to maintain a turnkey system involving the use of chemicals, monitoring, and chemical feed equipment, which is maintained and monitored by Plaintiff.

4.      Defendant Acqua is a corporation organized and existing under the laws of the State of California with its principal place of business at 2665 S. Chestnut, Fresno, CA 93725. Defendant Acqua provides water treatment services to agricultural users in California.

5.      On information and belief, Defendant Barrera is an individual residing in Fresno County, CA, and is a former employee of Plaintiff. On information and belief, Barrera is currently an employee of Acqua.

6.      On information and belief, Defendant Erenas is an individual residing in Fresno County, CA, and is a former employee of Plaintiff. On information and belief, Barrera is currently an employee of Acqua.

**Jurisdiction and Venue**

7.      This is an action for patent infringement, misappropriation of trade secrets, and breach of confidentiality agreements. The patent infringement action arises under the laws of United States, 35 U.S.C §§ 271 and 281, therefore this court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a). The Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) for Plaintiff's related claims under California law, as the related claims arise from the same case or controversy.

8.      Defendant Acqua is subject to personal jurisdiction in this judicial district because it maintains its principal place of business in this district.

9.      On information and belief, Defendant Barrera is subject to personal jurisdiction in this judicial district because he resides in Fresno County, CA and otherwise has substantial, systematic and continuous contacts with this district. On information and belief, at least some of the actions of Defendant Barrera took place in Fresno County

3

10.     On information and belief, Defendant Erenas is subject to personal jurisdiction in this judicial district because he resides in Fresno County, CA and otherwise has substantial, systematic and continuous contacts with this district. On information and belief, at least some of the actions of Defendant Erenas took place in Fresno County.

11.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b) because Defendants reside in this district and the infringing activities took place at least in part in this district.

## General Allegations

*A.  Plaintiff's Patents & Defendants' Infringements*

12.     On May 29, 2001, the United States Patent and Trademark Office duly and lawfully issued United States Patent No. 6,238,573 ("the '573 patent") entitled "Chlorinator and Method of Using It" to John C. Miller and Deborah L. Miller. A true and correct copy of the '573 patent is attached to this Complaint as Exhibit A. Plaintiff owns the entire right, title and interest in and to the '573 patent. The application for the '573 patent was filed on January 18, 2000.

13.     On December 29, 2009, the United States Patent and Trademark Office duly and lawfully issued United States Patent No. 7,638,064 ("the '064 patent") entitled "Method and System for Disinfecting Irrigation Water In Agricultural Irrigation Systems" to John C. Miller and Deborah L. Miller. A true and correct copy of the '064 patent is attached to this Complaint as Exhibit B. Plaintiff owns the entire right, title and interest in and to the '064 patent. The application for the '064 patent was filed on September 18, 2007.

*B.  Plaintiff's Prior Employment of Defendants Barrera and Erenas*

14.     Defendants Barrera and Erenas are former employees of Plaintiff. They were both employed as Operation Technicians, and as such, they were privy to various trade secrets of Plaintiff including but not limited to confidential products and services, pricing, customer lists, as well as form and label content.  Defendants Barrera and Erenas both executed confidentiality agreements in which they promised to safeguard the trade secrets of Plaintiff. Defendants Barrera

4

and Erenas have both been hired by Defendant Acqua and have breached their confidentiality agreements with Plaintiffs.

## FIRST CLAIM

Infringement of U.S. Patent No. 6,238,573

(Against All Defendants)

15.     All of the allegations in the foregoing paragraphs are re-alleged and incorporated herein by this reference.

16.     In violation of 35 U.S.C. § 271, all Defendants have infringed and continue to infringe (directly, contributorily, and/or by actively inducing others to infringe) the '573 patent by making, using, importing, servicing, offering for sale, and/or selling services/products, to customers throughout the United States, which products embody the patented method(s) or systems set forth in the '573 patent. All Defendants have infringed against Claims 1-8 in Patent '573. All Defendants continue to engage in this infringing activity and, based upon information and belief, will continue to do so unless enjoined by this Court.

17.     The Defendants' infringement of the '573 patent has irreparably damaged Plaintiff, and will cause added injury and loss unless enjoined by this Court.

18.     The Defendants' infringement of the '573 patent has been, and continues to be willful and deliberate.

## SECOND CLAIM

Infringement of U.S. Patent No. 7,638,064

(Against All Defendants)

19.     All of the allegations in the foregoing paragraphs are re-alleged and incorporated herein by this reference.

20.     In violation of 35 U.S.C. § 271, all Defendants have infringed and continue to infringe (directly, contributorily, and/or by actively inducing others to infringe) the '064 patent by making, using, importing, servicing, offering for sale, and/or selling services/products, to customers throughout the United States, which products embody the patented method(s) set forth in the '064 patent. All Defendants have infringed against Claims 1-5 in Patent '064. All

Defendants continue to engage in this infringing activity and, based upon information and belief, will continue to do so unless enjoined by this Court.

21.    The Defendants' infringement of the '064 patent has irreparably damaged Plaintiff, and will cause added injury and loss unless enjoined by this Court.

22.    The Defendants' infringement of the '064 patent has been, and continues to be willful and deliberate.

### THIRD CLAIM

Misappropriation of Trade Secrets, Uniform Trade Secrets Act, Civil Code § 3426, *et seq.*

(Against All Defendants)

23.    All of the allegations in the foregoing paragraphs are re-alleged and incorporated herein by this reference.

24.    Plaintiff at all relevant times possessed trade secrets including but not limited to confidential products and services, methods of operations, pricing, customer lists, as well as form and label content (hereafter "Confidential Information").

25.    The Confidential Information of Plaintiff is not generally known to the public or to Plaintiff's competitors; Defendants Barrera and Erenas were both privy to this information during their employment with Plaintiff.

26.    Plaintiff's Confidential Information was created and compiled through years of extensive research and development.

27.    Plaintiff's Confidential Information has great economic value and gives Plaintiff a competitive advantage over its competitors. Plaintiff has invested heavily to develop its Confidential Information.

28.    Plaintiff, at all times, took reasonable appropriate and adequate steps to protect its trade secrets from misappropriation and public disclosure.

29.    Defendant Barrera was employed by Plaintiff from approximately June 30, 2010 to June 6, 2012. As part of Defendant Barrera's position with Plaintiff as Operation Technician, Defendant Barrera gained knowledge of Plaintiff's trade secrets including Confidential Information. Defendant Barrera was aware that such information was confidential and valuable

6

to Plaintiff. Defendant Barrera signed a Confidentiality Agreement acknowledging that he understood that Confidential Information was protected and specifically agreed to keep such information confidential after he left work at Plaintiff.

30.    Shortly after Defendant Barrera left Plaintiff, Defendant Barrera began to work for Defendant Acqua. On information and belief, Defendant Acqua was aware that Defendant Barrera possessed Confidential Information, including but not limited to confidential products and services, pricing, customer lists, as well as form and label content. On information and belief, Defendant Acqua, with assistance from Defendant Barrera began to utilize Plaintiff's Confidential Information.

31.    Defendant Erenas was employed by Plaintiff from approximately March 28, 2011 to March 26, 2013. As part of Defendant Erenas's position within Plaintiff as Technician, Defendant Erenas gained knowledge of Plaintiff's trade secrets including Confidential Information. Defendant Erenas was aware that such information was confidential and valuable to Plaintiff. Defendant Erenas signed a Confidentiality Agreement acknowledging that he understood that Confidential Information was protected and specifically agreed to keep such information confidential after he left work at Plaintiff.

32.    Shortly after Defendant Erenas left Plaintiff, Defendant Erenas began to work for Defendant Acqua. On information and belief, Defendant Acqua was aware that Defendant Erenas possessed Confidential Information, including but not limited to confidential products and services, pricing, customer lists, as well as form and label content. On information and belief, Defendant Acqua, with assistance from Defendant Erenas, began to utilize Plaintiff's Confidential Information.

33.    Upon information and belief, Defendants misappropriated Plaintiff's trade secrets, including but not limited to confidential products and services, pricing, customer lists, as well as form and label content, as herein alleged. Upon information and belief, Defendant Acqua hired Defendant Erenas and Defendant Barrera with knowledge that they possessed trade secrets. Defendants Erenas and Defendant Barrera disclosed trade secrets to Defendant Acqua.

/ / /

34.     Plaintiff has suffered actual losses within the meaning of Civil Code § 3426.3(a) as a direct and proximate result of Defendants' misappropriation of Plaintiff's trade secrets.

35.     In the alternative, Plaintiff is entitled to a reasonable royalty within the meaning of Civil Code § 3426.3(b) for Defendants' wrongful use of Plaintiff's trade secrets.

36.     Upon information and belief, Defendants' misappropriation of Plaintiff's trade secrets has been willful and malicious with the meaning of Civil Code §§ 3426.3(c) and 3426.4.

37.     Therefore, in addition to Plaintiff's actual damages and Defendants' unjust enrichment (as alleged above), Plaintiff is entitled to awards of: exemplary damages in an amount not exceeding twice Plaintiff's recovery under Civil Code §§ 3426.3(a) and 3426.3(b), according to proof at trial; and Plaintiff's attorneys' fees under Civil Code § 3426.4.

## FOURTH CLAIM

### Breach of Confidentiality Agreement

### (Against Defendants Erenas and Barrera)

38.     All of the allegations in the foregoing paragraphs are re-alleged and incorporated herein by this reference.

39.     On or about June 30, 2010 Barrera entered into an Employees Invention and Secrecy Agreement with Plaintiff ("Confidentiality Agreement"), attached hereto as Exhibit C. Barrera promised to abide by the terms of the Confidentiality Agreement, including to not disclose information which is secret and confidential to Plaintiff. In paragraph 3 of the Confidentiality Agreement, Barrera agreed not to "(a) disclose to any third party, (b) use, or (c) publish any information which is secret and confidential to Company." The Confidentiality Agreement defined confidential information to include "knowledge and data relating to processes, machines, compounds and compositions, formulas, business plans, and marketing and sales information originated, owned, controlled or possessed by Company."

40.     Upon information and belief, Barrera breached his contractual obligations to Plaintiff by, for example, misappropriating Plaintiff's Confidential Information as defined by the Confidentiality Agreement, and subsequently disclosing that confidential information to Acqua.

/ / /

PLAINTIFF'S COMPLAINT FOR DAMAGES

41.     In exchange for signing the Confidentiality Agreement, Plaintiff agreed to employee Barrera. Plaintiff has fully performed its obligations to Barrera under the Confidentiality Agreement to the extent those obligations have not been excused by Barrera's breaches thereof.

42.     On or about March 28, 2011 Erenas entered into a Confidentiality Agreement with Plaintiff, attached hereto as Exhibit D. Erenas promised to abide by the terms of this Agreement, including to not disclose information which is secret and confidential to Plaintiff. In paragraph 3 of the Confidentiality Agreement, Erenas agreed to not to "(a) disclose to any third party, (b) use, or (c) publish any information which is secret and confidential to Company." The Confidentiality Agreement defined confidential information to include "knowledge and data relating to processes, machines, compounds and compositions, formulas, business plans, and marketing and sales information originated, owned, controlled or possessed by Company."

43.     Upon information and belief, Erenas breached his contractual obligations to Plaintiff by, for example, misappropriating Plaintiff's Confidential Information, and subsequently disclosing the Confidential Information to Acqua.

44.     In exchange for signing the Confidentiality Agreement, Plaintiff agreed to employee Erenas. Plaintiff has fully performed its obligations to Erenas under the Employees Invention and Secrecy Agreement to the extent those obligations have not been excused by Erenas' breaches thereof.

45.     As a direct and proximate result of Erenas' and Barrera's breaches of the Employees Invention and Secrecy Agreement(s), and the facts herein alleged, Plaintiff has incurred damages according to proof. Such damages include, but are not limited to, unjust enrichment.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays as follows:

46.     On the First Claim against all Defendants, for judgment that all Defendants have infringed the '573 patent;

/ / /

9

47.     For judgment that Defendants' infringement of the '573 patent is, and has been, willful and deliberate.

48.     For temporary and permanent injunctive relief to enjoin all Defendants and those in participation with or acting in concert with all Defendants from further infringement of the '573 patent;

49.     For an award of damages pursuant to 35 U.S.C. § 287 to compensate Plaintiff for Defendants' infringement of the '573 patent;

50.     For an award of treble damages pursuant to 35 U.S.C. § 284 by reasons of Defendants' willful infringement of the '573 patent;

51.     For an award of attorneys' fees, costs, and expenses incurred by Plaintiff pursuant to 35 U.S.C. §§ 284 and 285, due to the exceptional circumstances presented by Defendants' willful infringement of the '573 patent;

52.     For interest, including prejudgment interest, as permitted by law, pursuant to 35 U.S.C. § 284;

53.     On the Second Claim against all Defendants, for judgment that all Defendants have infringed the '064 patent;

54.     For judgment that Defendants' infringement of the '064 patent is, and has been, willful and deliberate.

55.     For permanent injunctive relief to enjoin all Defendants and those in participation with or acting in concert with all Defendants from further infringement of the '064 patent;

56.     For an award of damages pursuant to 35 U.S.C. § 287 to compensate Plaintiff for Defendants' infringement of the '064 patent;

57.     For an award of treble damages pursuant to 35 U.S.C. § 284 by reasons of Defendants' willful infringement of the '064 patent;

58.     For an award of attorneys' fees, costs, and expenses incurred by Plaintiff pursuant to 35 U.S.C. §§ 284 and 285, due to the exceptional circumstances presented by Defendants' willful infringement of the '064 patent;

/ / /

10

59.     For interest, including prejudgment interest, as permitted by law, pursuant to 35 U.S.C. § 284;

60.     On the Third Claim against all Defendants, for judgment that all Defendants misappropriated Plaintiff's trade secrets in violation of California Civil Code § 3426, *et seq.*;

61.     For an award of Plaintiff's actual losses within the meaning of California Civil Code § 3426.3(a) suffered as a direct and proximate result of Defendants' misappropriation of Plaintiff's trade secrets;

62.     For an award of all Defendants' unjust enrichment within the meaning of California Civil Code § 3426(a) obtained as a direct and proximate result of their misappropriation of Plaintiff's trade secrets;

63.     For an award, in the alternative, of reasonable royalty within the meaning of California Civil Code § 3426(b) for Defendant's use of Plaintiff's trade secrets;

64.     For an award of exemplary damages against Defendants in an amount not exceeding twice Plaintiff's recovery under California Civil Code §§ 3426.3(a) and 3426.3(b), according to proof at trial;

65.     On the Fourth Claim against Defendants Erenas and Barrera, for all damages proximately caused by their respective breaches of the Employees Invention and Secrecy Agreement(s), including but not limited all other losses proximately caused by Erenas' and Barrera's breach or which, in the ordinary course of things, would be likely to result from such breaches such as Plaintiff's lost profits;

66.     For such other and further relief as this Court may deem just and equitable

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11

1

## **DEMAND FOR JURY TRIAL**

2          67.      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby

3    demands a trial by jury for all issues which are so triable.

4

5

6    Date: September 25, 2014                          SUTTON HAGUE LAW CORPORATION

7

8                                                      By _____

9                                                           S. BRETT SUTTON
                                                          Attorneys for Plaintiff
10                                                         Deerpoint Group, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

**EXHIBIT A**

US006238573B1

(12) **United States Patent**          (10) **Patent No.:**      **US 6,238,573 B1**
Miller et al.                            (45) **Date of Patent:**          **May 29, 2001**

(54) **CHLORINATOR AND METHOD OF USING IT**

(76) Inventors: **John C. Miller; Deborah L. Miller**, both of 464 Braddock Dr., Fresno, CA (US) 93720

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/483,903**

(22) Filed:      **Jan. 18, 2000**

(51) Int. Cl.[7] ...................................... **C02F 1/76**
(52) U.S. Cl. ...................... **210/756**; 210/764; 210/198.1; 210/205
(58) Field of Search .................................. 210/754, 756, 210/764, 198.1, 205

(56)               **References Cited**

U.S. PATENT DOCUMENTS

4,724,059 * 2/1988 Collier .
4,941,599 * 7/1990 Reinertz et al. .
5,337,930 * 8/1994 Fah et al. .
5,846,418 * 12/1998 Thompson et al. .
6,056,167 * 5/2000 Dorow et al. .

* cited by examiner

Primary Examiner—David A. Simmons
Assistant Examiner—Betsey Morrison Hoey

(74) Attorney, Agent, or Firm—John G. Premo

(57)               **ABSTRACT**

A process for producing chlorine for treating flowing water supplies especially micro systems such as drip irrigation systems to control microorganisms present in these waters. It also relates to a chlorinator for practicing the process. The process comprises the steps of (a.) blending in a high pressure tank an excess of calcium hypochlorite and water to form a saturated top of the tank for feeding chlorinated water to a water supply containing microorganisms; (b.) sealing the tank; (c.) displacing a portion of the calcium hypochlorite sink by feeding water from the high pressure, variable speed pump to the dip tube. This forms additional saturated calcium hypochlorite solution; (d.) withdrawing saturated calcium hypochlorite solution through the feed line and adding the calcium hypochlorite to the flowing water supply; and, (e.) controlling the amount of calcium hypochlorite, e.g. chlorination rate fed to the flowing water supply by adjusting the delivery rate of the high pressure pump. The chlorinator for feeding saturated calcium hypochlorite solutions to flowing water systems to control microorganisms comprises (a.) a high pressure tank having a top, a bottom and a sealed removable cover near its top; (b.) a water delivery dip tube within the tank having an inlet and an outlet with the outlet being near the bottom of the tank; (c.) a high pressure, variable speed pump connected to the inlet of the dip tube; (d.) a feed line near the top of the tank for feeding the calcium hypochlorite solutions to the flowing water systems.

**8 Claims, 1 Drawing Sheet**





US 6,238,573 B1

**1**

# CHLORINATOR AND METHOD OF USING IT

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a process and apparatus for chlorinating flowing water supplies to control the growth and reproduction of microorganisms present in these waters.

### 2. Description of the Prior Art

Micro irrigation systems, as illustrated by drip irrigation systems, and other flowing water supplies, e.g. refinery, steel mill and other industrial wastes are very susceptible to problems created by microbiological organisms present in water. In the case of drip irrigation systems, which are described on page 30 of the Western Fertilizer Handbook, which definition is incorporated herein by reference; the organisms are commonly algae of various types, and bacteria which use iron, manganese, and/or sulfur for their metabolism. However, depending on the water source, any microbiological organism that grows in large colonies can create problems for the micro irrigation systems. Typically these problems include interference with the proper operation of the system such as plugging of the filters resulting in excessive back flushing of the filters, high pressures at the filters, plugging of emitters, poor distribution of water and other chemicals throughout the irrigation system, segregated areas with extremely high or low pressures and the need for frequent hose and flushing which is very labor intensive and costly.

Currently used for microorganism control is chlorine gas or bleach, a dilute solution of sodium hypochlorite. In the case of chlorine gas, many areas have banned the use of the gas due to the hazards of handling it. Although it is economical, the handling problems and special training of the personnel have dramatically, if not totally, eliminated its use.

Bleach is much easier to handle but due to its low concentration of available chlorine (maximum 12% available C12) large volumes of solution must be used which present other handling and safety issues.

In either case, the handling, safety and liability issues with these materials resulted in their limited and occasional use in micro irrigation systems as a "shock treatment" (15–20 ppm C12) or "superchlorination" (between 25–1000 ppm C12). Bleach has never been fed continuously and gaseous chlorine only rarely fed continuously. In both cases, these chlorine sources are fed as a "one time" treatment to a reservoir or directly into the irrigation system.

Calcium hypochlorite is a chlorine source that eliminates the handling problems that are present with chlorine gas and bleach. Calcium hypochlorite contains 67 percent available chlorine and is a solid. As a result, high concentrations of available chlorine are achievable and the solid can be handled and transported very easily. Calcium hypochlorite solid has been used routinely as a chlorine source in the treatment of swimming pools and related systems when a chlorine source is required for biological control. These systems are, however, at ambient pressures. To feed any chlorine-based product into a micro irrigation system, a pressurized system is required. In the case of gaseous chlorine, feeding into a pressurized system is easy due to the high partial pressure of chlorine gas. In the case of bleach, a solution of bleach can be fed into the irrigation system using high pressure pumps, but there are three main problems with the bleach approach.

**2**

First as mentioned earlier, large storage tanks or many drums would have to be used which presents handling problems.

Secondly, a chlorine source such as bleach will "vapor lock" the high pressure delivery pump. This happens because the hypochlorite anion, in solution, is in equilibrium with chlorine gas. Tiny bubbles form gas pockets which stop the pump from delivering the bleach solution into the system. When this happens, the pump has to be continuously re-primed making this approach extremely difficult, if not impossible.

Thirdly, the high pressure pumps and related equipment must be made of stainless steel or other suitable material due to the corrosive nature of the bleach. This makes such systems too expensive for many applications.

## SUMMARY OF THE INVENTION

The invention comprises a process for producing chlorine for treating flowing water supplies especially small scale or micro systems such as drip irrigation systems to control microorganisms present in these waters. It also relates to a chlorinator for practicing the process. The process comprises the steps of (a.) blending in a high pressure tank an excess of calcium hypochlorite and water to form a saturated solution of calcium hypochlorite and a sink of calcium hypochlorite with the high pressure tank having a top and a bottom. Within the tank is a water delivery dip tube having an inlet and an outlet with the outlet being near the bottom of the tank. A component of the system is a high pressure, variable speed pump, connected to the inlet of the dip tube and a feed line near the top of the tank for feeding chlorinated water to a water supply containing microorganisms; (b.) sealing the tank; (c.) displacing a portion of the calcium hypochlorite sink by feeding water from the high pressure, variable speed pump to the dip tube: this forms additional saturated calcium hypochlorite solution; (d.) withdrawing saturated calcium hypochlorite solution through the feed line and adding the calcium hypochlorite to the flowing water supply; and, (e.) controlling the amount of calcium hypochlorite, e.g. chlorination rate fed to the flowing water supply by adjusting the delivery rate of the high pressure pump.

An equation for determining the chlorination rate to the flowing water supply is presented below:

$$A = \frac{B \times C \times D}{E \times F \times G}$$

where; A is the water feed rate in gallons/hour

B is the concentration of chlorine desired in grams/ milliliter.

C is the flow rate of the irrigation system in gallons/minute

D is the conversion factor for minutes to hours.

E is the amount of available chlorine in calcium hypochlorite at room temperature in gram/gram.

F is the saturation point of calcium hypochlorite at room temperature in grams/gram.

G is the density of a 15.25 percent solution of calcium hypochlorite at room temperature in grams/milliliter.

The process is most beneficial and gives excellent results where the flowing water is the water used in drip irrigation.

The chlorinator for feeding saturated calcium hypochlorite solutions to flowing water systems to control microorganisms comprises (a.) a high pressure tank having a top, a bottom and a sealed removable cover near its top; (b.) a

3

water delivery dip tube within the tank having an inlet and an outlet with the outlet being near the bottom of the tank; (c.) a high pressure, variable speed pump connected to the inlet of the dip tube; (d.) a feed line near the top of the tank for feeding the calcium hypochlorite solutions to the flowing water systems.

In specific preferred embodiments of the invention the dip tube enters the high pressure tank through the feed line. The dip tube is flexible plastic tubing and contains a check valve. In other preferred embodiments the tank is fitted with a pressure relief valve. The variable speed high pressure pump may be replaced by a combination of a high pressure pump in combination with a flow control valve.

BRIEF DESCRIPTION OF THE DRAWING

The drawing is a partially cut-away vertical view of the chlorinator of the invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

With particular reference to the drawing there is shown a high pressure domed cylindrical tank **10** having a top **12** a bottom **14** and circumference **16**. Top **12** of tank **10** is fitted with a removable threaded cap **18**. The circumference **16** near top **12** of the tank has a threaded opening **20** fitted with feed line **22**.

The feed line contains three branches. The first branch **24** delivers calcium hypochlorite solution to the flowing water supply to be treated. The second branch **26** is fitted with pressure relief valve **28**. The third branch **30** has within its interior a dip tube **32** whose inlet **34** is connected to the discharge side of pump **36**. The outlet **38** of dip tube **32** is positioned just above the bottom **14** of tank **10**. Surrounding the dip tube is a sink of partially suspended calcium hypochlorite **40**. The inlet **42** of pump **36** is desirably connected to a small tank of fresh water (not shown). By using appropriate couplings the tank **10**, feed line **22** and dip tube **32** can be relocated and repositioned on legs **44** which are located on the bottom **14** of tank **10**.

In operation the high pressure tank **10** which is preferably constructed of chlorine resistant fiberglass or stainless steel is partially filled by pump **36**, with water and an excess of calcium hypochlorite e.g. about 15% by weight, to form the sink **40**. The tank is then sealed by threaded cap **18**. Fresh water is fed by pump **36** to the delivery tube **32** into the bottom **14** of tank **10**. Pump **36** preferably is a high pressure variable speed pump. As water fills the tank it solubilizes some of the calcium hypochlorite to form a saturated solution and displaces some of this saturated solution into the first branch of the feed line **24** where it is directed to the flowing water system to be treated. The pressure needed to be produced by the pump to treat typical micro irrigation systems is between about 20 to 100 psi. Increased pressures can be use if the tank is make of stainless steel. When stainless steel tanks are used the pressure range may be extended to as much as about 500 psi. Because of the sink of calcium hypochlorite **40** it is possible to treat flowing water systems for long periods of time before recharging with additional calcium hypochlorite is required.

As indicated, the equation presented above is used to determine the feed rate of available chlorine to a flowing water system. An illustration as to how this equation is used is as follows. For a typical irrigation water flow rate of 1000 gallons/minute and a chlorine treatment level of 0.5 ppm, the water feed rate into the chlorinator would be:

B=0.5×10⁻⁶ gram/mililliter

C=1000 gallons/minute

D=60 minutes/hour

4

E=67 percent=0.67 gram/gram

F=15.25 percent =0.1525 gram/gram

G=1.134 gram/milliliter

Substituting these values into the above equation yields a water feed into the chlorinator of 0.259 gallons/hour.

Typical feed rates are set to achieve chlorine feed rates of approximately 0.5 ppm available chlorine. This level can be adjusted up or down depending on the biological load of the water source. To determine this loading the irrigation system is turned on and the chlorinator turned on. The available chlorine level is measured in the field at the farthest point in the irrigation system. If a chlorine level at the farthest point in the irrigation system is at 0.1 to 0.2 ppm, adequate chlorine is reaching all points in the field. Depending on the results of the simple chlorine field test, the water feed source to the chlorinator can be increased or decreased to achieve the requisite chlorine levels throughout the field.

It is evident that the materials of construction for the piping and the pump must be chlorine resistant. PVC piping gives good results. The tank is preferably made of fiberglass with the threaded openings being made of stainless steel. To simplify construction the dip tube is flexible tubing which allows it to be easily drawn through the feed line. When flexible tubing is used for this purpose it is necessary to weigh its outlet end **38** or fasten it to a rigid support to prevent it from moving or floating in the tank. It has been found a simple method of maintaining the outlet end **32** of a dip tube made of flexible tubing near the bottom of the tank is to make up a rigid PVC pipe having an interior diameter capable of receiving the tubing and a length slightly shorter than the interior height of the tank. The bottom of the pipe is fitted with a T. The flexible tubing is threaded into the pipe and allowed to exit through one leg of the T. It is then fitted with a coupling having a size such as to prevent the tube from being displaced from the T which is allowed to rest on the bottom of the tank.

The advantage of placing the dip tube inside the feed line is that it means only one opening in circumference **16** of tank **10** is required. This aids in maintaining the structural integrity of the tank so that higher pressure will be less likely to cause tank failure.

The tank, when made of fiberglass and used for treating drip irrigation systems, typically would have a capacity of 29 gallons and would have a pressure rating of about 125 psi.

We claim:

1. A process for producing chlorine for treating a flowing water supply having a flow rate with the produced chlorine having a chlorination feed rate and concentration sufficient to control microorganisms present in the flowing water supply comprising the steps of:

a. blending in a high pressure tank an excess of calcium hypochlorite and water at a water feed rate sufficient to form a saturated solution of calcium hypochlorite and a sink of calcium hypochlorite with the high pressure tank having a top and a bottom, and within the tank a water delivery dip tube having an inlet and an outlet with the outlet being near the bottom of the tank, a high pressure, variable speed pump, connected to the inlet of the drip tube and a feed line near the top of the tank for feeding chlorinated water to a water supply containing microorganisms;

b. sealing the tank;

c. displacing a portion of the calcium hypochlorite sink by feeding water from the high pressure, variable speed pump to the drip tube to form additional saturated calcium hypochlorite solution;

d. withdrawing saturated calcium hypochlorite solution through the feed line and adding the calcium hypochlorite to the flowing water supply; and

US 6,238,573 B1

5

e. controlling the chlorination feed rate to the flowing water supply by adjusting the delivery rate of the high pressure speed pump.

**2**. The process of claim **1** where the chlorination feed rate to the flowing water supply, based on the water feed rate to the high pressure tank, the concentration of the chlorine desired in the flowing water supply and the flow rate of the flowing water supply is determined by the following equation:

$$A = \frac{B \times C \times D}{E \times F \times G}$$

where;

A is the water feed rate to the high pressure tank in gallons/hour;

B is the concentration of chlorine desired in the flowing water supply in grams/milliliter;

C is the flow rate of the flowing water supply in gallons/minutes,

D is the conversion factor for minutes to hours;

E is the amount of available chlorine in calcium hypochlorite at room temperature in gram/gram;

F is the saturation point of calcium hypochlorite at room temperature in grams/gram;

G is the density of a 15.25 percent solution of calcium hypochlorite at room temperature in grams/milliliter.

6

**3**. The process of claim **1** where the flowing water supply is the irrigation water used in drip irrigation.

**4**. A chlorinator for feeding saturated calcium hypochlorite solutions to flowing water systems to control microorganisms comprising:

a. a high pressure tank having a top, a bottom and a sealed removable cover near its top;

b. a water delivery dip tube within the tank having an inlet and an outlet with the outlet being near the bottom of the tank;

c. a high pressure, variable speed pump connected to the inlet of the dip tube;

d. a feed line near the top of the tank for feeding the calcium hypochlorite solutions to the flowing water systems.

**5**. The chlorinator of claim **4** where the dip tube enters the high pressure tank through the feed line.

**6**. The chlorinator of claim **5** where the dip tube is flexible plastic tubing.

**7**. The chlorinator of claim **4** where the dip tube contains a check valve.

**8**. The chlorinator of claim **4** where the tank is fitted with a pressure relief valve.

\* \* \* \* \*

**EXHIBIT B**

(12) **United States Patent**　　(10) **Patent No.:** **US 7,638,064 B1**

Miller et al.　　(45) **Date of Patent:** **Dec. 29, 2009**

(54) **METHOD AND SYSTEM FOR DISINFECTING IRRIGATION WATER IN AGRICULTURAL IRRIGATION SYSTEMS**

(76) Inventors: **John C. Miller**, 2274 W. Dovewood La., Fresno, CA (US) 93711; **Deborah L. Miller**, 2274 W. Dovewood La., Fresno, CA (US) 93711

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 232 days.

(21) Appl. No.: **11/901,683**

(22) Filed: **Sep. 18, 2007**

(51) **Int. Cl.**
　　*C02F 1/76* (2006.01)
(52) **U.S. Cl.** ...................... **210/739**; 210/747; 210/754; 210/764
(58) **Field of Classification Search** ................ 210/756, 210/746, 739, 745, 754, 764, 747, 96.1; 700/284; 405/36, 37; 137/2
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,238,573 B1　5/2001　Miller et al.

OTHER PUBLICATIONS

"ASAE EP405.1 Standard: Design and Installation of Microirrigation Systems", Feb. 2003, American Society of Agricultural Engineers.*

"Forms of Chlorine in Water", Revised Nov. 2003, Edstrom Industries, Waterford Wisconsin.*

"Schematic of a Typical Microirrigation System", Oklahoma State University CIS-LABS.*

* cited by examiner

*Primary Examiner*—Matthew O Savage
*Assistant Examiner*—Paul J Durand
(74) *Attorney, Agent, or Firm*—The Law Office of Joan I. Norek; Joan I. Norek

(57) **ABSTRACT**

A method for disinfecting agricultural irrigation water system-wide comprises (a) continuously feeding chlorine to the irrigation system and (b) monitoring an outer field point to determine whether at least a detectable level of residual chlorine is seen at that point, whereby chlorination disinfection system-wide is achieved. An enhanced irrigation system which is adapted for disinfecting agricultural irrigation water system-wide includes (a) apparatus for continuously feeding chlorine to the irrigation system and (b) apparatus for monitoring residual chlorine at an outer field point (to determine whether at least a detectable level of residual chlorine is seen at that point) for the purpose of achieving chlorination disinfection system-wide.

**5 Claims, 3 Drawing Sheets**





Fig. 1



**Fig. 2**



**Fig. 3**

**1**

## METHOD AND SYSTEM FOR DISINFECTING IRRIGATION WATER IN AGRICULTURAL IRRIGATION SYSTEMS

### BACKGROUND OF THE INVENTION

The present invention relates to methods and systems for controlling contamination from microorganisms in agricultural irrigation systems.

The addition of chlorine or chlorine compounds to water has been used for over a century to purify water. Chlorine purifies water by killing or inactivating microorganisms in the water. There are numerous types of microorganisms. The most common classes of microorganisms found in typical water sources utilized for agricultural irrigation are bacteria, viruses, and protozoa, which include coliforms and biofilms. Coliform is a group of microorganisms or bacteria whose presence in water is a common indicator of fecal pollution and potentially dangerous disease-causing (pathogenic) microorganisms. Coliform bateria include *Escherichia coli* (*E. coli*) which has been the culprit of multiple prior and current food recalls and outbreaks. Microbial biofilms are populations of organisms, typically surrounded by an extracellular, polymeric slime layer, which accumulate on surfaces in an aqueous environment. Biofilms are composed of microorganisms such as bacteria, protozoa, algae and invertebrate animals.

The mode of interaction between the microorganism and the chlorine normally is different for each class. Chlorine disinfects water, eliminating microorganism contamination, by several mechanisms. It destroys bacteria by penetration of the cell wall, killing the organism. It disinfects viruses by inactivation, rendering the organism incapable of reproduction. It disinfects *giardia* (a genus of protozoa which infect the gastrointestinal tract of humans when ingested) by inactivation. In other words, in the case of bacteria, the chlorine penetrates the cell wall and kills the organism. For viruses and protozoa, chlorine inactivates the organisms by rendering them incapable of reproduction.

Recommended uses of chlorine in agricultural water treatment include the removal of bacteria and algae (disinfection), the prevention of regrowth of algae and bacteria in the agricultural water distribution system (disinfection) and the oxidation of iron and manganese in tanks or reservoirs prior to filtration. Interference with the disinfection chlorination process is spawned by turbidity, the presence of excess chlorine-demanding inorganic compounds (e.g. iron, manganese) and high pH.

The primary sources of chlorine are chlorine gas, calcium hypochlorite and sodium hypochlorite. Chlorine gas is very effective (100% available chlorine), inexpensive and very dangerous. Chlorine gas was the first gas used in chemical warfare. Due to safety concerns, the use of chlorine gas for agricultural chlorination is prohibited in many regions of California and presumably elsewhere. Sodium hypochlorite is available as an easy to use liquid which has a low percentage of chlorine (6 to 12.5% available chlorine). Excess sodium can, however, be detrimental to plants, and sodium hypochlorite solution is corrosive and its high water content leads to high freight costs. Calcium hypochlorite is available as a solid which has a high level of chlorine (67% available chlorine). As a solid, calcium hypochlorite is very difficult to use in a pressurized system and the presence of calcium can cause plugging in drip irrigation systems using alkaline water.

Although chlorine and its related compounds are routinely used for controlling microorganisms in water systems, there has been no accurate and economical method for controlling chlorine in systems that are used for irrigation of agricultural

**2**

crops. The farmer or grower conventionally attempts microorganism control by adding a "slug feed" of bleach or copper sulfate (a non-oxidizing algaecide/biocide) to the water of an irrigation system with little or no knowledge of the resultant additive concentration in the system or the abundance of the microorganism to be killed or controlled. Although the goal of controlling the microbiological organisms in the irrigation water system is correct, the slug-feed approach is normally inadequate. Excess chlorination is undesirable because excess available chlorine in the irrigation water can adversely affect (kill) probiotics which are naturally-occurring in, or are added by the grower to, the soil. Additionally, minimizing chlorination prevents build-up of chloride concentrations in the soil. These chlorides can be toxic to sensitive crops, and can result in undesirable decreases in crop yield or quality.

The deficiencies in the control of microorganisms in agricultural production have spawned repeated, and now well-publicized, out-breaks of food contaminations and recalls in the U.S. Crops such as spinach and lettuce have been determined to have been contaminated by *E. coli* during in-field production (rather than post-harvest handling). Such *E. coli* contaminations have caused severe illness and even death. One of the prime suspects of in-field crop contamination is contaminated irrigation water, which highlights a serious need to improve the conventional approaches to microorganism control in irrigation water

It is an object of the invention to provide a method and a system for accurately and economically delivering chlorine, or compounds that liberate chlorine, into an irrigation system for controlling the growth of microorganisms and for disinfecting the irrigation water.

### SUMMARY OF THE INVENTION

The present invention provides a method for disinfecting agricultural irrigation water system-wide in which (a) chlorine is continuously fed to the irrigation system and (b) an outer field point is monitored to determine whether at least a detectable level of residual chlorine is seen at that point, whereby chlorination disinfection system-wide is achieved. The present invention provides an enhanced irrigation system adapted for disinfecting agricultural irrigation water system-wide in which (a) apparatus for continuously feeding chlorine to the irrigation system and (b) apparatus for monitoring residual chlorine at an outer field point (to determine whether at least a detectable level of residual chlorine is seen at that point) are provided for the purpose of achieving chlorination disinfection system-wide.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is a schematic drawing of an irrigation system of the present invention.

FIG. **2** is a schematic drawing of an irrigation system of the present invention.

FIG. **3** is a schematic drawing of an irrigation system of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention provides an accurate, reliable and economical method that at least reduces, and normally eliminates, microbiological contamination of agricultural crops from contaminants in the irrigation water source by means of disinfection and/or sanitation of the irrigation water, and a system in which the method is run.

3

The present invention provides a method for disinfecting irrigation water system-wide in an agricultural irrigation system for an agricultural-production field to prevent agricultural product contamination, preferably without excessive chlorine expenditure, the irrigation system having a point of entry to the field, comprising the steps of: (1) determining a target outer point of the irrigation system (pipeline network) ("outer field point"), which preferably is the farthest from the point of entry of water to the field ("farthest field point"), and which usually (but not invariably) is the most remote longitudinal point ("outermost field point"); (2) preferably determining the chlorine demand of the irrigation water at or ahead of the point of entry of the water to the field; (3) providing a chlorine source at or ahead of the point of entry of the water to the field; (4) providing a variable chlorine delivery system for feeding the chlorine source to the water at or ahead of the point of entry of the water to the field; (5) selecting a target chlorine residual at the outer point in the field (which chlorine residual target might be a free chlorine residual target, a total chlorine residual target or both) which preferably is combined with the chlorine demand to provide a target chlorine feed level; (6) preferably calibrating the chlorine delivery system based on the chlorine feed level and the rate of flow of the water through the point of entry; (7) activating the chlorine delivery system whereby the target level of chlorine (target chlorine feed level) is continuously fed to the irrigation water at or ahead of the point of entry to the field; (8) after activating the chlorine delivery system, monitoring the level of chlorine residual at the outer (preferably farthest) field point; and (9) if the chlorine residual at the outer field point does not meet the target chlorine residual or sufficiently approximate the target chlorine residual, regulating or adjusting the chlorine delivery system to realize (reach) the target chlorine residual at the outer field point.

The point of entry of the irrigation system (point of entry of the irrigation water) to the field, as that term is used herein, is the point along the pipeline at which the first branching of the mainline occurs, or any point along the mainline which is upstream of such first branching point and downstream of, or at, the chlorine feed site. The latter points are functionally equivalent to the first branching point for the purposes of the present invention.

By the term chlorine residual(s) is broadly meant herein the concentration of chlorine in any form that supplies to some degree available chlorine (available for active chlorination), regardless of the chlorine form(s) or analytical method(s) used to determine it/them. The current conventional analysis techniques suitable for use in the field are those used to measure free chlorine and total chlorine (described further below). Therefore, these chlorine residual forms are used in the Examples below, and are frequently referenced below. Nonetheless, as noted above, the term chlorine residual(s) as used herein means the concentration of chlorine in any form that supplies to some degree available chlorine (available for active chlorination), unless a specific chlorine residual form is expressly indicated. The term chlorine residual therefore broadly encompasses free chlorine, total chlorine, combinations and accumulations of both, and the like.

The present invention also provides an enhanced irrigation system, designed for disinfecting irrigation water system-wide in an irrigation pipeline network used for an agricultural-production field, to prevent agricultural product contamination from the irrigation water without excessive chlorine expenditure, comprising: (a) a source of irrigation water; (b) an agricultural field, which usually (but not invariably) is a multi-block field; (c) an agricultural irrigation pipeline network comprising a first main line, at least a first lateral

4

line branching off the main line, a plurality of irrigation-water-delivery points along the first lateral line and along one or more irrigation lines branching off the first lateral line, a point of irrigation water entry to the pipeline network, a point along the pipeline network of irrigation water entry to the field, and an outer point along the pipeline network which preferably is the farthest from the point of irrigation water entry to the field (farthest field point); (d) sometimes a filtration system, (e) sometimes a water flow line between the source of irrigation water and the point of irrigation water entry to the pipeline network; (f) a chlorine source; (g) a control system adapted for continuous feeding of chlorine from the chlorine source at a predetermined level to the irrigation water in the pipeline network at or upstream of the first lateral line; and (h) a first analytical station, preferably a mobile analytical station, adapted for determining the level of residual chlorine (such as free chlorine and/or total chlorine) in the irrigation water at the outer (preferably farthest) field point.

In bringing about the disinfection and/or sanitation of the irrigation water for the purpose of providing biologically-safe water for the irrigation of the crop of interest, the present invention impacts the irrigation water and the in-place irrigation system in a very controlled way, without doing too little or too much. In its simplest form, the set-up for providing a biologically-safe water system for agricultural irrigation use includes: 1). A source of irrigation water. 2). A chlorine source. 3). A control set-up for continuous feeding of the chlorine source to meet, and usually exceed, the chlorine demand of the irrigation water. 4). An analytical set-up for monitoring chlorine residual levels at the target outer (preferably farthest) field point (and preferably also at various points in the block that is being irrigated and treated with a chlorine source). 5). A control set-up for regulating the chlorine feed rate based on the chlorine residual data obtained from the field. The control set-ups may be embodied in a single apparatus and the analytical set-up may be embodied in a single mobile analytical station.

Source of Irrigation Water

The most common sources of agricultural irrigation water are reservoirs, lakes, ponds, canals, streams, rivers, wells, and water recycled from other uses, and combinations thereof. All of these sources have their own particular biological contaminants and levels of contamination. The present method requires, and the present system permits, the level of contamination to be identified, and the level of chlorination treatment quantified and targeted thereto.

Chlorine Source

As mentioned above, there are three principal sources of chlorine that might be considered for the chlorination of irrigation water in an agricultural environment, namely chlorine gas, sodium hypochlorite, and calcium hypochlorite.

The use of chlorine gas, although very economical, poses a severe safety risk, namely the possibility of a deadly release of the poisonous chlorine gas if the containment tank ruptures or containment is otherwise breached. This safety risk has eliminated the use of chlorine gas for agricultural chlorination purposes in almost all but the most remote locations. Many areas of the U.S. have banned its use.

Sodium hypochlorite (as an aqueous solution of sodium hypochlorite) is readily available and, in comparison to chlorine gas, is much safer to use. A prime drawback to the use of sodium hypochlorite is that it is only available in concentrations between 6 percent (household bleach) and 12.5 percent (industrial bleach). The sodium hypochlorite solution is so dilute that its shipping costs (essentially the cost of shipping water) are, or at least approach being, prohibitive. In addition,

5

6

large storage tanks are required to provide enough chlorine solution for ongoing treatment of an irrigation system. Another problem with the addition of sodium hypochlorite to irrigation water is the sodium, which is undesirable for some crops.

Calcium hypochlorite is also readily available and much safer to use. It is commercially available as a solid which typically contains 67 percent available chlorine. Its high-chlorine solid form is much easier and less costly to transport, and to store, than the dilute sodium hypochlorite solution. Delivery of the solid calcium hypochlorite into the irrigation system is easily accomplished using the chlorinator for feeding saturated calcium hypochlorite to flowing water which is described in U.S. Pat. No. 6,238,573, issued May 29, 2001, Miller et al., the content of which is hereby incorporated hereinto by reference.

Total chlorine is a measure of free and combined chlorine. In other words, total chlorine, as the term is used therein and as understood generally in the chlorination technical field, is the combination of free chlorine and combined chlorine. Free chlorine in aqueous media is present as a pH-dependent equilibrium between hypochlorous acid (HOCl) and hypochlorite ion (OCl⁻). The relative percentages of hypochlorous acid and hypochlorite ion vary with water pH. Hypochlorous acid predominates at low pH. Combined chlorine (chloramines) is chlorine combined with ammonia or organic nitrogen.

Free chlorine forms when solid calcium hypochlorite is added to water by the following reactions:

$$2\ Ca(OCl)_2 + H_2O \rightarrow 2\ Ca^{+2} + 4\ OCl^- + H_2O$$

$$4\ OCl^- + H_2O \rightarrow Cl_2 + 2\ Cl^- + 2\ OH^-$$

$$Cl_2 + H_2O \rightarrow HOCl + H^+ + Cl^-$$

Although calcium hypochlorite is the preferred chlorine source, any of the above chlorine sources can be used in this invention.

Determination of the Chlorine Demand

The chlorine demand of a water source is the ceiling amount of chlorine that is consumed, in a specific volume of water, over a specific time interval, and is normally measured by the addition of an excess of chlorine to the water source. In the method of the present invention, the chlorine demand of the irrigation water is determined by an initial test conducted analytically. The determined chlorine demand is the prime gauge of the level of chlorine that a continuous chlorine delivery system must supply for sufficiently full chlorination disinfection. The chlorine-demand determination is an integral part of the methodology of the preferred embodiments of the present invention, which is discussed further below.

It is noted here for clarity that biological contamination is usually not responsible for the entirety of the determined chlorine demand. Chlorine is an oxidizing chemical and it is not selective only for biological species. Other materials, including inorganic materials such as iron, manganese and sulfides, will also consume chlorine when these species are present in their lower oxidation states in water sources. In other words, in order to provide sufficient chlorine for water disinfection, the present method considers all of the sources of chlorine consumption in the incoming irrigation water and, in the preferred embodiments, measures them collectively by the chlorine demand determination.

The present method in preferred embodiments does not solely rely on the determined chlorine demand, or more precisely does not solely rely on meeting the determined chlorine demand with the level of chlorine fed to the water, to assure sufficient chlorination disinfection system wide, and instead augments the chlorine feed level and monitors the actual chlorine residual levels reached at the target outer (preferably farthest) field point, as discussed in more detail elsewhere herein.

Ready Adaptation and Implementation at Diverse Irrigation-System Configurations

There are countless irrigation-system configurations in the field. Irrigation control systems are normally sized and custom-designed for each particular ranch or farm that is being irrigated. Although grower sites, and the irrigation systems assembled thereon, vary considerably from one ranch to the next, the present method and system can be readily and successfully adapted to, and implemented at, each site. In other words, despite the extensive diversity among irrigation-system configurations, the method of the present invention provides a standard or universal disinfection system that delivers chlorine to each configuration at a rate that achieves effective chlorination disinfection without the hazards of over chlorination. The chlorination level (the target chlorine feed level) is preferably determined by the chlorine demand of the incoming irrigation water, plus the selected target chlorine residual at an outer field point, preferably the farthest field point, irrespective of the irrigation-system configuration. Then chlorine is delivered to the irrigation water at a rate proportional to both the target chlorine feed level and the flow rate of the water so that a chlorine residual of the selected target level is realized, and sufficiently uniformly maintained, at the target outer (preferably farthest) field point, again irrespective of the irrigation-system configuration.

Analytical Monitoring in the Field for Chlorine

Monitoring for residual chlorine in the field, which at minimum is done at the target outer (preferably farthest) field point, and preferably is also done at various points in the irrigation system, is a key component to insuring that a low, but measurable, level of available chlorine is continuously maintained throughout the entire irrigation system. If depletion of the chlorine residual occurs ahead (upstream) of the farthest field point, whereby no chlorine residual is detected at the farthest field point, a failure to achieve system-wide disinfection of the irrigation water system must be presumed because there is no practical technique for determining whether or not the chlorine residual depletion occurred just immediately ahead of the farthest field point or farther upstream. On the other hand, the detection of chlorine residuals at the farthest field point reassures that system-wide disinfection of the irrigation water system has been achieved. The same would be substantially true if an outer field point was used that is reasonably comparable to, but not exactly, the farthest field point, which is discussed further below. (A chlorine depletion which is seen at an upstream monitoring point, if any, would confirm a failure to achieve system-wide disinfection of the irrigation water system.)

The level of water disinfection via a chlorination treatment is a function of chlorine concentration (C) and the contact time of the chlorine (T) with the microorganisms. Many irrigation systems have long runs (lengths) of main and lateral pipes in which, in any given bit of water, the amount of time for the contact of the chlorine is high. As mentioned above, the present method sets a target chlorine feed level and looks to the chlorine residual in the irrigation water at the target outer (preferably farthest) field point as the indicator or marker confirming the sufficiency of the target chlorine feed level. Residual chlorine levels of about 0.4 ppm free chlorine and/or total chlorine at the target outer point in the field have been determined, and are considered, to be threshold or universal in the present invention (although the invention in embodiments is not limited thereto) because such chlorine

7

8

residuals are generally satisfactory to ensure effective disinfection of the irrigation water in the typical long irrigation system runs, as determined by testing for the presence of the target organism(s). However, each irrigation system is unique, and the residual chlorine level required for realizing effective water treatment (disinfection), or required for realizing the grower's desired degree of water treatment, may be determined in preferred embodiments of the invention for each situation by also testing for the presence, and the level of, the target organism(s) at the target outer field point. Further, in some situations, higher, or lower, levels of residual chlorine may be required or acceptable for adequate control of microbiologicals while at least controlling, if not minimizing, chlorine consumption, as discussed in more detail below.

Farthest, Outermost and Target Outer Field Points

By the term "farthest field point" as used herein is meant the point along the irrigation pipeline network in the field which is farthest away in the sense of time, that is, the amount of time which elapses between water (a) passing the point of entry to the field and (b) reaching the given point. An irrigation pipeline network is typically branched out into a plurality of blocks (sections) each servicing a portion of a field. Each block has an outermost point which is the farthest in pipe-line distance that is reached by the irrigation water, as measured from the point the irrigation water enters the field. This is the outermost block point. Each block of a multi-block field has an outermost block point. The outermost block point which is also the greatest in pipeline length from the point of entry of irrigation water to the field is the outermost field point. Although the outermost field point is typically the farthest field point, this is not always true. The time required for water to reach a given point is dependent not only on pipeline length but also on the rate of water flow, and water flow rates can, and not uncommonly do, differ from block to block. For instance, if the outermost field point is in block X, and if block Y's outermost block point has a sufficiently long pipeline length and a sufficiently slower water flow rate, block Y's outermost block point might be the farthest field point. In addition, the present invention in broad embodiments is not limited to methods in which the farthest field point, or even the outermost field point, is meticulously determined because such exactitude is often impractical. Instead it is normally sufficient if one selects a target outer field point based on rough observations and/or measurements and/or measurements that appears to be the farthest field point, or a point reasonably comparable to the farthest field point. Further, it would be unwarranted to define herein the target outer field point so narrowly that it permits deliberate avoidance of the present invention (while reaping its benefits) by means of selecting a point reasonably comparable to, but not at, the farthest or outermost field point. Therefore the "outer field point" determined or selected may be the farthest field point, the outermost field point or a point reasonably comparable to either.

Control of the Chlorine Source Based on the Farthest Field Point Analytical Data

Depending on the chlorine residual data obtained by the analytical monitoring in the field, the chlorine delivery might be adjusted so that the chlorine residual at the farthest field point is at a high enough level to sufficiently kill or inactivate the microbiological species contained in the water of the irrigation system. As will be more evident below, if sufficient chlorine residuals are seen at the farthest point in the irrigation system (farthest field point), then the rest of the irrigation system must be at a residual chlorine level somewhere between that of the chlorine source addition level (which is the highest) and the chlorine residual level of the water at the farthest field point (which is the lowest). In other words, the chlorine in the water reaching the farthest point has had the greatest contact time (T) with the microorganisms, and therefore the residual chlorine level at that point is the lowest residual chlorine level in the system. In the method of the present invention, continuous addition of a chlorine source at the level determined by the chlorine residual level at the farthest point in the irrigation system will substantially insure effective chlorination disinfection of the water in the entire irrigation system, controlling any microbiological concerns.

Many irrigation systems, especially those that utilize surface water sources such as reservoirs, ponds, lakes, canals, streams, rivers or recycled waters, contain microbiological contamination, such as *E. coli, Shigella, Salmonella, Campylobacter*, and *Giardia*. These microbiological contaminants may cause serious health problems if they are present in the water used in growing crops. It is the object of the present invention to reduce to acceptable standards the microbiological contamination found in many irrigation waters used to grow crops. If the human-toxigenic components of the irrigation waters are eliminated, then there is no potential for any serious health risks arising from the irrigation waters used in crop production.

To eliminate the potentially-harmful microbiological organisms in irrigation water, the steps which are followed for the agricultural irrigation system to be treated can be described as: 1). Determine the chlorine demand of the irrigation water being used. 2). If not already in place, install a chlorine source at or ahead of the point of entry of the irrigation water to the field (the runs of main and lateral pipes in the field). 3). If not already in place, install a variable chlorine delivery system for feeding the chlorine source at or ahead of the point of entry of the water to the field. 4). Calibrate the chlorine delivery system rate based on the determined chlorine demand of the irrigation water, the selected target chlorine residual and the water flow rate. 5). Turn on the irrigation system. The chlorine source and delivery system will automatically begin delivering the requisite level of chlorine based on the water flow rate, the chlorine demand and the target chlorine residual. 6). Monitor the residual chlorine at the target outer (preferably farthest) point in the field. The initial target level of residual chlorine (as free chlorine and/or total chlorine) at the target outer (preferably farthest) point in the field is a level or range sufficient for purposes of the present invention (discussed below). 7). Depending on the actual residual chlorine value at the target outer (preferably farthest) point in the field, either make no chlorine-output adjustment or instead increase or decrease the output of the chlorine delivery system until the target residual chlorine level at the target outer (preferably farthest) point in the field is observed.

The efficacy of the present invention is illustrated in Examples 1 and 2. These Examples exemplify typical implementations of the method of the present invention and typical systems of the present invention. In each Example, the chlorine demand of the irrigation water was determined by adding the equivalent of 10 ppm of chlorine to a sample of the irrigation water of interest (referred to therein as Sample A). This water/chlorine sample was then sealed and agitated (stirred) for 30 minutes at ambient temperature. After such processing, the sample (referred to therein as Sample B) was analyzed for free chlorine and total chlorine. The preliminary chlorine demand ("pcd") was then determined by the difference between the initial 10 ppm level of added chlorine in Sample A and the level of residual chlorine in Sample B. This determination of chlorine demand was, but need not have been, conducted off-site in Examples 1 and 2. The chlorine demand of the irrigation water is the least amount of chlorine

**9**

to be added when the goal is complete irrigation-water-source disinfection, which goal requires that a sufficient amount of chlorine is available in the irrigation water to completely disinfect the water by killing and/or inactivating the microbiological organisms which originate from the source of irrigation water. The amount of chlorine required to be added to reach this goal ranges from about pcd to about (pcd+x), wherein pcd is again the preliminary chlorine demand of the irrigation water and x is zero or a positive numeral (numeric figure, not limited to integers). Therefore the amount of chlorine required to be added to reach a complete irrigation-water-source disinfection goal cannot be lower than the chlorine demand of the incoming irrigation water, and usually is higher than that so as to provide detectable chlorine residuals.

The chlorine demand of the incoming irrigation water is preferably analytically determined, for instance as described above, but an empirical approach is not excluded from broad embodiments of the invention. Such an empirical approach might entail feeding chlorine while making incremental adjustments to the chlorine feed rate until the selected target chlorine residual is seen at the selected outer field point. Such an approach identifies empirically the chlorine feed rate that provides the target chlorine residual at the selected outer field point. The empirically determined chlorine feed rate inherently must exceed the chlorine demand of the incoming irrigation water even though that preliminary chlorine demand has not itself been quantified analytically. Therefore an empirical approach such as this does not quantify the chlorine demand and possibly does not calibrate the chlorine delivery system based upon a quantified target chlorine feed rate and quantified rate of flow of water through the point of entry.

Both free chlorine residual and total chlorine residual are determined at various points in the following Examples 1 and 2, although measuring only one or the other is sufficient and within the scope of the present invention.

### Example 1

The method of the present invention was carried out at a ranch that was experiencing microbiological problems in agricultural production. Referring to FIG. **1**, there is shown a schematic illustration of an irrigation system of the present invention, which is designated by the general reference number **10**, as put into service on this ranch by enhancement of the existing irrigation system. The irrigation system **10** provides irrigation water to the grower's field **12**, shown in phantom in FIG. **1**. Upstream of the field **12** is a source of irrigation water (reservoir **20**) and an irrigation pump **22** (irrigation pumping station) which pumps irrigation water from the water source **20** through the main line **32**. The field **12** is comprised of three portions or blocks, namely a first block **14**, a second block **16** and a third block **18**, each of which is shown in phantom in FIG. **1**. Each block is serviced by a lateral irrigation line, namely a first lateral line **40**, a second lateral line **42** and a third lateral line **44**. Irrigation water flow to each lateral line is controlled by a shut-off valve, namely a first shut-off valve **46**, a second shut-off valve **48** and a third shut-off valve **50**, each neighboring the intersection of the respective lateral line with the main irrigation line **32**. Under normal operating conditions, only one of the shut-off valves **46**, **48**, **50** would be open, and only one of the blocks **14**, **16**, **18** would be undergoing irrigation, at any given time. Each block has a plurality of irrigation lines **60** branching of the respective lateral line and stretching out along the crops (not shown) in the respective block. Each irrigation line **60** has a plurality of irrigation delivery points (not shown) at which irrigation water is delivered to the crops. At the intersection of each irrigation line **60**

**10**

and the respective lateral line from which it stems is a riser **62**. Each riser **62** is a small shut-off valve permitting the halting of water flow to its respective irrigation line **60** without curtailing water flow to the remaining irrigation lines **60** in the respective block.

Each block has an outermost block point, namely a first outermost block point **52**, a second outermost block point **54** and a third outermost block point **56** in respectively the first block **14**, the second block **16** and the third block **18**. The outermost block points **52**, **54**, **56** are the points in the irrigation pipe system in each respective block that are the most distant longitudinally (pipe length) from the irrigation water's point of entry to the field **58**, which here was measured from the irrigation pump **22**. (In this system **10**, measuring from the irrigation pump **22** is a convenient equivalent to measuring from the point of entry of water to the field, discussed further below.) The outer block point **56** of the third block **18** is the most distant longitudinally (pipe length) in the irrigation system **10** in the field **12**, again in the sense of longitudinal length of the irrigation pipe serving the field **12** from the irrigation pump **22**. That outermost block point **56** is therefore also the outermost field point, which in this Example 1 was also determined to be the farthest field point and the outer field point.

In this system, the outermost or farthest points, whether block points or the farthest field point, can be measured from the irrigation pump **22** or at the point of entry to the field **58**, which may be any point along the main line **32** upstream of, or right at, the first branching of the main line **32**, which usually is, as here, the first branching of a lateral line, here lateral line **40**. Each of these points, being (or being directly upstream of) the literal point of entry of the water to the field **58**', without any branching off the main line **32**, is a sufficient reference for establishing the point in the irrigation pipeline network in the field which is farthest from the point of entry of the water to the field. The chosen point for the measurement is a matter of practicalities, and is referred to herein at times as the measuring point. A tangible, stationary fixture, such as the irrigation pump **22**, is a particularly convenient measuring point.

The irrigation water was tested upstream of the multi-block field **12** at the then-future site of chlorine injection, namely a chlorine delivery system **26**, for (a) coliform bacteria and (b) total bacteria, and was found to contain (a) a coliform bacteria level of 234 colonies/100 ml. and (b) a total bacteria level of >300 colonies/ml. This coliform bacteria level could exceed this particular grower's standard, namely the acceptable *E. coli* level for recreational water use, which is currently set at 126 colonies/100 ml. The grower felt that this bacterial level in the incoming irrigation water created an unacceptable risk of contaminating its sprinkler-irrigated leafy greens with toxigenic strains of *E. coli* from the irrigation water. The irrigation water source was a surface reservoir **20**. The flow rate of irrigation water from the reservoir **20** through the irrigation system **10** varied between 600 and 1200 gal./min., depending on which portion or block of the field **12** was under irrigation. The chlorine demand of the irrigation water upstream of the field **12** was tested and found to be 1.7 ppm chlorine.

The chlorine source for the method and system implementation described here in this Example 1 was calcium hypochlorite. The chlorine injection or delivery system **26**, which was installed after the irrigation water tests noted above, consisted of a positive displacement (feed) pump **28** connected to the calcium hypochlorite source equipment **30**, which was in turn connected directly to the irrigation water main line system **32** downstream of the irrigation water pump

US 7,638,064 B1

11

22. This positive displacement (feed) pump 28 and calcium hypochlorite source equipment 30 was as is described in U.S. Pat. No. 6,238,573, issued May 29, 2001, Miller et al., the content of which is hereby incorporated hereinto by reference. A flow meter 24, which was installed on the irrigation water main line 32, monitored the water flow rate and sent feedback signals to the positive displacement pump 28, so that the pump 28 was always feeding chlorine proportional to the flow rate of water.

A 2.1 ppm chlorine addition rate target was set. This 2.1 ppm chlorine addition-rate target corresponded to the chlorine demand (1.7 ppm free chlorine and 1.7 ppm total chlorine) plus the selected target chlorine residual (0.4 ppm free chlorine and 0.4 ppm total chlorine) at the farthest point in the field 56. The positive displacement pump 28 therefore was set to feed calcium hypochlorite from the chlorine source 30 to the main irrigation water line 32 at the chlorine feed rate necessary to inject about 2.1 parts by weight chlorine for each million parts by weight of the passing irrigation water (a 2.1 ppm level). The chlorine feed rate thus is dependent on, and follows, the flow rate of the irrigation system, which initially was flowing to the third block 18, a block identified to have a flow rate of about 952 gal./min. Calibrating or regulating the chlorine delivery system 26 in this manner insures that when the irrigation water flow rate changes, for instance changes to 1200 gal./min. when another portion or block of the field 12 is being irrigated, the water flow/chlorine pump feedback system of the chlorine delivery system 26 will automatically adjust the chlorine feed rate so as to continue feeding chlorine to the irrigation water to provide the 2.1 ppm chlorine addition rate.

As noted above, the irrigation system 10 was initially configured to irrigate the third block 18. The third block 18 is the block that is farthest from the irrigation pump 24, and the farthest point in the field was identified as the outermost block point 56 of this third block 18. System configuration is determined by the open/closed condition of the shut-off valves 46, 48, 50. The irrigation system 10 was configured to irrigate the third block 18 by having the third shut-off valve 50 open to allow water flow to the third lateral line 44, and having the first and second shut-off valves 46, 48 closed to preclude water flow to the first and second lateral lines 40, 42 of respectively the first and second blocks 14, 16.

In this Example 1, in addition to the step of analyzing the irrigation water at the farthest field point 56 for residual chlorine (here, both free chlorine and total chlorine), the basic present method was augmented by the steps of analyzing the irrigation water: (a) at the chlorine injection point, that is, where the chlorine delivery system 26 feeds chlorine to the

12

main line 32; (b) at the first or upstream riser 62 of block being irrigated (the riser 62 closest to the respective shut-off valve for the respective block); and (c) when the system is configured to instead irrigate block 14 or 16 (instead of block 18) at the respective outermost block point. These analyses were conducted by using a mobile analytical station 64, which is shown positioned proximate the farthest field point 56 in FIG. 1. In addition, all water analyses included determinations of coliform bacteria and total bacteria counts in addition to both the free chlorine and the total chlorine levels.

The water samples for all three analyses reported for a given time period, which here was a given day, were taken sequentially (at the chlorine injection site, then at the upstream riser, then at the farthest field or block point), all within a timeframe of less than 25 minutes from the first to the last sampling, except on Day 1 when there was a two hour, eighteen minute time elapse between the riser and the farthest field point sampling. These series of tests were conducted, and are reported below, for Day 1s, at the start-up of the chlorine injection program, Day 1 (about seven hours after start-up), Day 4 (three days after start-up), Day 10 (nine days after start-up), and Day 23 (twenty-two days after start-up). Day 0 was the day before start-up. On Day 0 and Day 1s, the irrigation water was sampled and tested only at the chlorine injection site.

In this Example 1, the free chlorine and total chlorine residuals at the farthest field point 56, as measured on Day 1, were both 0.5 ppm. Thereafter, the chlorine residual there and at the outermost block points 52, 54, as measured on Day 4 through Day 23, varied between 0.4 ppm to 0.5 ppm. Since a 0.1 ppm free chlorine and/or total chlorine residual excess (over the target 0.4 ppm) was not excessive, even when detected at the farthest field point, no adjustment was needed, nor made, to the chlorine feed rate, which remained calibrated to a target chlorine level feed of 2.1 ppm and was determined to fluctuate between 2.0 to 2.1 ppm.

The data generated during this Example 1 implementation of the method of the present invention is set forth in Table 1 below, wherein test results for multiple sequential sampling points are presented in the sequence taken, which here is always in the order of chlorine injection point/upstream riser/ farthest field and/or block point. (The farthest field point of a multi-block field cannot be sampled when blocks other than the one it is in are under irrigation because there is no irrigation water flowing to it.) The abbreviation ac-ft used below means acre-foot (325,851 gallons). The flow rates, as mentioned above, are particular to specific blocks in the field 12, which is the normal experience as discussed in general below.

TABLE 1

|  | Day 0 | Day 1s | Day 1 | Day 4 | Day 10 | Day 22 |
|---|---|---|---|---|---|---|
| Water Usage (ac-ft) | N/A | 0 | 1.237 | 4.653 | 7.899 | 10.921 |
| Total Water Usage (ac-ft) | N/A | 0 | 1.237 | 5.890 | 13.789 | 24.710 |
| Water Flow Rate (gal/min) | 945 | 952 | 955-960 | 697 | 1050 | 922 |
| Block Under Irrigation | Third | Third | Third | First | Second | Third |
| Target Cl₂ feed level | None | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Average Cl₂ feed level | N/A | 2.1 | 2.0 | 2.0 | 2.0 | 2.0 |
|  | Residual Chlorine, Free (ppm) |  |  |  |  |  |
| At Cl₂ injection | N/A | 1.6 | 1.6 | 1.7 | 1.6 | 1.5 |
| At upstream riser | N/A | N/A | 0.8 | 0.9 | 0.8 | 0.9 |
| At farthest x point | N/A | N/A | 0.4 | 0.5 | 0.5 | 0.4 |
| x point type | N/A | N/A | field | block | block | field |

13

14

TABLE 1-continued

| | Day 0 | Day 1s | Day 1 | Day 4 | Day 10 | Day 22 |
|---|---|---|---|---|---|---|
| Residual Chlorine, Total (ppm) | | | | | | |
| At Cl$_2$ injection | N/A | 1.7 | 1.8 | 1.7 | 1.7 | 1.5 |
| At upstream riser | N/A | N/A | 0.9 | 1.0 | 1.0 | 0.9 |
| At farthest x point | N/A | N/A | 0.5 | 0.5 | 0.4 | 0.5 |
| x point type | N/A | N/A | field | block | block | field |
| Coliform Bacteria (colonies/100 ml) | | | | | | |
| At Cl$_2$ injection | 243 | 3 | 0 | 0 | 0 | 0 |
| At upstream riser | — | — | 1 | 0 | 1 | 0 |
| At farthest x point | — | — | 0 | 0 | 0 | 0 |
| x point type | N/A | N/A | field | block | block | field |
| Total Bacteria (colonies/ml) | | | | | | |
| At Cl$_2$ injection | >300 | 21 | 0 | 2 | 1 | 3 |
| At upstream riser | — | — | 0 | 0 | 3 | 0 |
| At farthest x point | — | — | 0 | 3 | 0 | 0 |
| x point type | N/A | N/A | field | block | block | field |

As seen in Table 1, the target level of chlorine feed to the main line **32** was 2.1 ppm, and the chlorine injection system **26** was seen to continue the delivery of chlorine at a rate to provide an initial chlorine level of 2.1±0.1 ppm regardless of the water-flow rate seen on the different monitoring days, and regardless of the volume of water through the system **10** since chlorine feeding began, which volume had reached almost 25 total acre-feet level at the time of Day-22 monitoring. The target of 0.4 ppm free chlorine and total chlorine residual at the farthest field point, or a slightly higher 0.5 ppm level, was seen at that point on days the third block **18** was being irrigated, namely Day 1 and Day 22, and the same level was seen at the outermost block points **52, 54** of respectively the first and second blocks **14, 16** which were irrigated and monitored on Day 4 and Day 10 respectively. In addition, monitorings upstream of the farthest field/block points confirm that the levels of free chlorine and total chlorine residual were consistently maintained at the farthest-point-target level and higher throughout the active sections of irrigation system **40** (sections of pipeline through which irrigation water was flowing). The chlorine residuals seen at the upstream risers, just as the irrigation water starts to enter the various irrigation lines **60** of the blocks, ranged from about 0.8 to about 1.0 ppm. The effectiveness of the present method and system in providing a sufficient chlorine residual across the active sections of the irrigation system, as seen in Table 1 and discussed immediately above, translates to effective microbial disinfecting of the irrigation water system-wide, far surpassing this grower's standards. The coliform levels detected across active irrigation sections (from the upstream risers to the farthest field/block points), regardless of which block was being irrigated, and regardless of how far away the block was from the chlorine injection point, were typically zero, and no more than 1 colony/100 ml. The total bacteria levels detected, on the same basis, were also typically zero, and no more than 3 colonies/ml. Uniform system-wide irrigation water disinfection was achieved without the risks of excessive chlorine being delivered to the agricultural product.

Example 2

The method of the present invention was carried out at another ranch that was experiencing microbiological contamination of its agricultural irrigation water. Referring to FIG. **2**, there is shown a schematic illustration of an irrigation system of the present invention, designated by the general reference number **110**, which was put into service on this ranch by enhancement of the existing irrigation system. The irrigation system **110** provides irrigation water to the grower's field **112** (shown in phantom in FIG. 2). Upstream of the field **112** is a source of irrigation water (reservoir **120**) and an irrigation pump **122** (irrigation pumping station) which pumps irrigation water from the reservoir **120** through the main line **132**. This field **112** is comprised of two portions or blocks, namely a first block **114** and a second block **116**. Only one of the blocks **114, 116** would be under irrigation at any given time. Each block is serviced by a lateral irrigation line, namely a first lateral line **140** servicing the first block **114** and a second lateral line **142** servicing the second block **116**. Irrigation water flow to each lateral line is controlled by a shut-off valve, namely a first shutoff valve **146** and a second shut-off valve **148**, each neighboring the intersection of the respective lateral line with the main irrigation line **132**. Each block has a plurality of irrigation lines **160** branching of the respective lateral line and stretching out along the crops (not shown) in the respective block. Each irrigation line **160** has a plurality of irrigation delivery points (not shown) at which irrigation water is delivered to the crops. At the intersection of each irrigation line **160** and the respective lateral line from which it stems is a riser **162**. Each riser **162** is a small shut-off valve permitting the halting of water flow to its respective irrigation line **160** without curtailing water flow to the remaining irrigation lines **160** in the respective block. Each block has a outermost block point, namely a first outermost block point **152** and a second outermost block point **154** in respectively the first block **114** and the second block **116**. The outermost block points **152, 154** are the points that are the most remote longitudinally (pipe length) from the irrigation pump **122** in the irrigation pipe system in each respective block. It was determined that the outermost block point **154** of the second block **116** is the most distant point longitudinally (pipe length) in the irrigation system **110** in the field **112**, again in the sense of longitudinal length of the irrigation pipe serving the field **112** from the literal point of water entry to the field **158'**, as measured from the irrigation pump **122**. That outermost block point **154** was therefore also the outermost field point, which in this Example 2 was also the farthest field point and the outer field point.

The microbiological contamination problems in this irrigation system **110** were far worse than the system **10** described in Example 1 above. The irrigation water being

15

used was tested for coliform bacteria and found to be at a level of 934 colonies/100 ml. This farmer wanted an *E. coli* level of <1 colony/100 ml. at the delivery point (sprinkler head) to ensure a safe level for the irrigated agricultural production. The irrigation water source was a very large reservoir **120** near hills. The hills were used for cattle grazing, which made this reservoir **120** particularly susceptible to microbiological contamination. The reservoir **120** had large populations of ducks and geese and was susceptible to run-off during rainy periods. The flow rate of irrigation water from the reservoir **120** through the irrigation system **110** varied between 1000 and 1300 gal./min, depending on which portion or block of the field **112** was under irrigation. The chlorine demand of the irrigation water upstream of the field **112** was tested and found to be 2.6 ppm chlorine (both free chlorine and total chlorine).

The chlorine source for this Example 2 was calcium hypochlorite. A chlorine delivery system **126** was installed downstream of the irrigation pump **122** and upstream of the field **112**. The chlorine delivery system consisted of a positive displacement (chlorine feed) pump **128** connected to the calcium hypochlorite source equipment **130**, which was in turn connected directly to the irrigation water main line **132**. This positive displacement (feed) pump **128** and calcium hypochlorite source equipment **130** was as is described in U.S. Pat. No. 6,238,573, issued May 29, 2001, Miller et al., the content of which is hereby incorporated hereinto by reference. A flow meter **124**, mounted into the irrigation water main line **132**, monitored water flow rate and sent feedback signals to the positive displacement pump **128** for feeding chlorine proportional to the flow rate of water as described in Example 1 above.

Chlorine residual levels of 0.4 free chlorine and total chlorine were initially selected as the target at the farthest field point. The positive displacement pump **128** was calibrated or regulated to feed chlorine from the calcium hypochlorite source equipment **130** at a rate of 3.0 parts of chlorine per million parts of irrigation water flowing past the chlorine injection site in the main irrigation line **132**. This 3.0 ppm chlorine level addition-rate target corresponded to the determined chlorine demand (2.6 ppm chlorine) plus the selected target chlorine residual (0.4 ppm free chlorine and total chlorine) at the farthest field point, namely the outermost block point **154** in the second block **116**. Block **116** was identified to have a flow rate of 1223 gal./min.

As noted above, the irrigation system **110** was configured to irrigate the second block **116** in which, again, the farthest point in the field **112**, namely the outermost block point **154**, had been identified. System configuration is determined by the open/closed condition of the shut-off valves **146**, **148**. The irrigation system **110** was configured to irrigate the second block **116** by having the second shut-off valve **148** open to allow water flow to the second lateral line **142**, and having the first shut-off valve **146** closed to preclude water flow to the first lateral line **140** of the first block **114**.

In this Example 2, in addition to the step of analyzing the irrigation water at the farthest field point **154** for residual chlorine (here, both free chlorine and total chlorine), the basic present method was augmented by the steps of analyzing the irrigation water: (a) at the chlorine injection point, that is, where the chlorine delivery system **126** feeds chlorine to the main line **132**; (b) at the first or upstream riser **162** of block being irrigated (the riser **162** closest the respective shut-off valve for the respective block); and (c) when the system is configured to instead irrigate block **114** (instead of block **116**) at the respective outermost block point. In addition, all water analyses included determinations of coliform bacteria and

16

total bacteria counts in addition to both the free chlorine and the total chlorine levels, and were conducted using a mobile analytical station **164** shown in FIG. **2** positioned proximate the upstream riser **162** in the first block **114**.

As discussed further below, the initial feeding of chlorine to the irrigation system **110** (configured for the second block **116**) at a target feed level of 3.0 ppm chlorine did not provide the 0.4 ppm farthest-field-point chlorine residual target nor did it achieve satisfactory disinfection. Accordingly, a shock-treatment step was undertaken whereby the chlorine feed to the irrigation system **110** was raised to a higher level to clean or remove microbiological contaminants built up inside of the irrigation system **110**, which in irrigation systems generally may include irrigation-water filters, irrigation mains, lateral distribution systems, and irrigation-water delivery devices. When the internal biological loading deposits were decomposed by the chlorine and flushed from the irrigation system **110**, the chlorination level being delivered from the chlorine delivery system **126** source was adjusted back to the initial 3.0 ppm chlorine.

As seen below in the data in Tables 2 and 3, feeding the chlorine at a level of 3.0 ppm based solely on the determined chlorine demand of 2.6 ppm for the incoming irrigation water source plus the target of 0.4 ppm chlorine residual at the farthest field point, for approximately 5 hours (at Day 1s2) did not realize the target 0.4 ppm residual chlorine, and left a significant amount of coliform and total bacteria, at the farthest point in the field. The existence of an irrigation-system chlorine demand higher than the incoming irrigation-water chlorine demand, such as that detected here, is a sign of a "dirty" system, i.e., one which has biological material adhering to its various internal surfaces, such as the filters, mains, laterals and delivery devices. To clean the irrigation system **110**, the chlorine addition rate was increased to 4.0 ppm for approximately 6 hours until the 0.4 ppm chlorine residual was obtained in the water at block point **154**, the farthest point in the field **112**, by virtue of this shock treatment (at Day 1s4). In this Example 2, the 0.4 ppm chlorine residual level was overshot by the shock treatment during a monitoring interval. Upon becoming aware that the chlorine residual level at the farthest point in the field **112** had been reached (and as noted, here exceeded during a monitoring interval) the shock treatment's 4.0 ppm chlorine feed level was lowered back to the maintenance 3.0 ppm chlorine feed rate.

The water samples for all three analyses reported for a given time period were taken sequentially (at the chlorine injection site, then at the upstream riser, then at the farthest field point or outermost block point), all within a timeframe of less than 25 minutes from the first to the last sampling, and typically less than 10 or 15 minutes. These series of tests were conducted, and are reported below, for Day 1s1, at the start-up of the chlorine injection program, Day 1s2 (about four hours after start-up), Day 1s3 and 1s4 (during the shock treatment on the day of the start-up), Day 3 (two days after start-up), Day 11 (ten days after start-up) and Day 18 (seventeen days after start-up). In this Example 2, during the shock treatment, the total chlorine residual at the farthest field point **154** overshot the 0.4 ppm target level, reaching 0.8 ppm. Thereafter, the free chlorine and total chlorine residuals at the outermost block points, as measured on Day 3 through Day 18, varied between 0.5 ppm to 0.6 ppm. Since this excess of 0.1 or 0.2 ppm chlorine residual (over 0.4 ppm) was not undue, particularly when seen at a outermost block point (here, block point **152**), rather than a farthest field point, the target chlorine feed rate was held at 3.0 ppm, and was determined to fluctuate between 2.9 to 3.1 ppm.

US 7,638,064 B1

**17**

The data generated during this Example 2 implementation of the method of the present invention is set forth in Tables 2 and 3 below, wherein test results for multiple sequential sampling sites are presented in the sequence taken, which here is always in the order of chlorine injection point/upstream riser/ farthest field or outermost block point. The abbreviation ac-ft used below means acre-foot (325,851 gallons). The flow rates are, as mentioned above, particular to specific blocks in the field **112**.

**18**

fection was achieved, as seen in the Day 1s4 data. The chlorine feed was then returned to the 3.0 ppm level, and the smooth operation of the system continued, which is shown by Day 3 monitoring (about forty-eight hours after the Day 1s4 monitoring). The long term success of the method of the present invention is seen in the later monitorings of Day 11 and Day 18, which are set forth below in Table 3 together with the Day 0 monitoring results for reference.

TABLE 2

| | Start-Up Through Shock Treatment End | | | | | |
|---|---|---|---|---|---|---|
| | Day 0 | Day 1s1 | Day 1s2 | Day 1s3 | Day 1s4 | Day 3 |
| Water Usage (ac-ft) | N/A | 0 | 0.901 | 0.453 | 1.020 | 4.342 |
| Total Water Usage (ac-ft) | N/A | 0 | 0.901 | 0.354 | 2.374 | 6.716 |
| Water Flow Rate (gal/min) | 1206 | 1223 | 1228 | 1230 | 1232 | 1190 |
| Block Under Irrigation | Second | Second | Second | Second | Second | Second |
| Target Cl Feed Rate (ppm) | None | 3.0 | 3.0 | 4.0 | 4.0 | 3.0 |
| Average Cl Feed Rate (ppm) | N/A | 3.0 | 3.0 | 3.9 | 3.9 | 2.9 |
| | Residual Chlorine, Free (ppm) | | | | | |
| At Chlorine injection | N/A | 0.9 | 1.6 | 2.2 | 2.4 | 1.0 |
| At upstream riser | N/A | N/A | 0.8 | 1.2 | 1.8 | 0.9 |
| At farthest x point | N/A | N/A | 0.0 | 0.0 | 0.4 | 0.3 |
| x point type | N/A | N/A | field | field | field | field |
| | Residual Chlorine, Total (ppm) | | | | | |
| At Chlorine injection | N/A | 1.4 | 2.0 | 2.5 | 2.5 | 1.2 |
| At upstream riser | N/A | N/A | 1.0 | 1.6 | 2.0 | 1.0 |
| At farthest x point | N/A | N/A | 0.1 | 0.3 | 0.8 | 0.5 |
| x point type | N/A | N/A | field | field | field | field |
| | Coliform (colonies/100 ml) | | | | | |
| At Chlorine injection | 943 | 60 | 0 | 0 | 0 | 0 |
| At upstream riser | N/A | N/A | 1 | 0 | 0 | 0 |
| At farthest x point | N/A | N/A | 401 | 5 | 0 | 0 |
| x point type | N/A | N/A | field | field | field | field |
| | Total Bacteria (colonies/ml) | | | | | |
| At Chlorine injection | >300 | 23 | 0 | 0 | 0 | 0 |
| At upstream riser | N/A | N/A | 0 | 0 | 0 | 0 |
| At farthest x point | N/A | N/A | >300 | 40 | 0 | 3 |
| x point type | N/A | N/A | Field | field | field | field |

As see in Table 2 above, which spans the shock treatment stage of Day 1s3 and Day 1s4 monitorings (about six and eleven hours after start-up respectively), the Day 1s2 monitoring (about four hours after start-up) indicated that the system was not providing free chlorine and total chlorine residuals of 0.4 ppm at the farthest point of the field. Instead there was no free chlorine residual detected, and only 0.1 ppm total chlorine residual detected, at the farthest field point, although chlorine residuals in excess of 0.4 ppm were seen upstream of the farthest field point. A shortfall in farthest field point residual chlorine such as this in the present process is a sign of disinfection deficiencies, which was confirmed by the coliform count of 401 colonies/100 ml. and total bacteria count of >300 colonies/ml. at the farthest field point. The far lower bacteria counts upstream of the farthest field point corroborated the conclusion that the bacteria counts derived from contamination of internal system surfaces rather than 1 contamination solely from the incoming irrigation water, as discussed above. During shock chlorination treatment, the 0.4 ppm free chlorine residual target was reached and the 0.4 ppm total chlorine residual target over-shot, and sufficient disin-

TABLE 3

| | Prior to Start-Up versus Continued Operational Success | | |
|---|---|---|---|
| | Day 0 | Day 11 | Day 18 |
| Water Usage (ac-ft) | N/A | 6.569 | 6.11 |
| Total Water Usage (ac-ft) | N/A | 13.285 | 19.396 |
| Water Flow Rate (gal/min) | 1206 | 1104 | 1216 |
| Block Under Irrigation | N/A | First | Second |
| Target Chlorine Feed Rate | None | 3.0 | 3.0 |
| Average Chlorine Feed Rate | N/A | 3.1 | 3.0 |
| | Residual Chlorine, Free (ppm) | | |
| At Chlorine injection | N/A | 1.0 | 1.1 |
| At upstream riser | N/A | 0.8 | 0.9 |
| At farthest x point | N/A | 0.5 | 0.4 |
| x point type | N/A | block | field |
| | Residual Chlorine, Total (ppm) | | |
| At Chlorine injection | N/A | 1.4 | 1.3 |
| At upstream riser | N/A | 1.0 | 1.0 |
| At farthest x point | N/A | 0.6 | 0.5 |
| x point type | N/A | block | field |

**19**

TABLE 3-continued

Prior to Start-Up versus Continued Operational Success

|  | Day 0 | Day 11 | Day 18 |
|---|---|---|---|
| Coliform Bacteria (colonies/100 ml) | | | |
| At Chlorine injection | 943 | 0 | 0 |
| At upstream riser | N/A | 2 | 1 |
| At farthest x point | N/A | 0 | 0 |
| x point type | N/A | block | field |
| Total Bacteria (colonies/ml) | | | |
| At Chlorine injection | >300 | 0 | 0 |
| At upstream riser | N/A | 0 | 0 |
| At farthest x point | N/A | 0 | 0 |
| x point type | N/A | block | field |

As seen in Table 3 above, the system and method of the present invention have been confirmed to provide sufficient disinfection along the entire length of an irrigation system when the farthest field point chlorine residual is maintained at about 0.4 ppm. Further as seen in Table 3, when blocks other than the farthest-field-point block are being irrigated, such as the first block **114** of field **110**, the chlorine residual at the outermost point in that block (here, at block point **152**) will be at least 0.4 ppm. No adjustment of the chlorine feed to the irrigation system is required when the system is re-configured to irrigate different blocks (portions) of the field.

Further regarding Example 2 above, when the threshold level of approximately 0.4 ppm free chlorine and/or total chlorine is realized at the farthest point in the irrigation field, microbiological contamination of the irrigation water in the system, particularly as it exits irrigation delivery points, is eliminated. If the internal surfaces of an irrigation system require cleaning, this condition will be detected by an initial failure to reach a 0.4 ppm chlorine residual in the irrigation water at the farthest point in the field despite a chlorine feed rate based on the chlorine demand of the incoming irrigation water plus an additional 0.4 ppm chlorine. When such a need to clean contaminants from internal surfaces is detected, the chlorine feed is raised and held at a raised level until the 0.4 ppm chlorine residual in the irrigation water at the farthest point in the field is obtained. Then the chlorine feed is reset to the chlorine demand of the incoming irrigation water from the irrigation water source plus the additional 0.4 ppm chlorine or other target chlorine residual.

When an irrigation system is being treated by continuously feeding chlorine in the manner prescribed in the method of this invention, any change of the chlorine demand of the incoming irrigation water source is detected by a concomitant change in the chlorine residual in the water at the outer (preferably farthest) field point in the irrigation system. An incoming-water chlorine-demand decrease will be seen as an increase in the chlorine residual in the water at the outer field point. An incoming-water chlorine-demand increase will be seen as a decrease in the chlorine residual in the water at the outer field point. The chlorine source feed rate may then be adjusted up or down appropriately. Maintaining for instance a threshold 0.4 ppm chlorine residual at the end of the irrigation system (the outer field point) assures that the entire irrigation system, and the irrigation water delivered to the crop, is essentially free from microbiological contamination. Although higher levels of chlorine would certainly be effective, and probably more effective, for microbiological control, the threshold level of approximately 0.4 ppm residual

**20**

chlorine provides the necessary level of control of the microbiologicals while maintaining the best economics for the grower.

As seen from the implementations of the present method for the diverse irrigation systems described in Examples 1 and 2 above, the target of about 0.4 ppm chlorine residual at the outer (preferably farthest) field point, regardless of whether it is free chlorine or total chlorine, or a dual target of 0.4 ppm free chlorine and 0.4 ppm total chlorine, is a very functional threshold or universal target. When chlorine is fed to an irrigation system in accordance with the present method, i.e., based on a target chlorine residual at the outer field point plus the chlorine demand of the irrigation water upstream of the field, and the target chlorine residual is seen at the outer field point, the microbial contamination of the irrigation water throughout the irrigation system is essentially eradicated, particularly if the target chlorine residual is 0.4 ppm free chlorine and/or total chlorine. In instances of a dirty system, for instance as seen at Day1s2 of Example 2, when little to no chlorine residual is seen at the farthest field point, despite the feeding of chlorine based on the chlorine demand of the incoming irrigation water plus a measurable target of chlorine residual, a substantial microbial contamination is entering the irrigation water someplace along the pipeline network. Since a drop in the total chlorine residual, and apparent complete depletion of free chlorine residual, occurred between the upstream riser **162** and the farthest field point **154**, and bacteria counts shot up from negligible to substantial in the same lateral-line span, it must be presumed that contaminated irrigation water was being delivered to the crops at least at some delivery points in the second block **116**. This is a special, but not unheard of, contamination issue that is detected and cured, via embodiments of the present method.

A chlorine-residual target at the outer (preferably farthest) field point which is within the range of from about 0.3 to about 0.6 ppm free chlorine and/or total chlorine is believed sufficiently close to the 0.4 ppm threshold or universal target to provide an effective degree of irrigation-water disinfection throughout the irrigation system without consumption of an overly excessive amount of chlorine and without delivering an undue amount of chlorine to the crops undergoing irrigation. Regarding the latter issue (undue chlorine delivery to crops), it is for instance seen at Day 1s4 of Example 2 that when chlorine residuals of 0.4 ppm free chlorine and 0.8 ppm total chlorine were seen at the farthest field point **154**, chlorine residuals of 1.8 ppm free chlorine and 2.0 ppm total chlorine were seen at the upstream riser **162**. Since the active irrigation delivery points at Day 1s4 were those along the irrigation lines **160** branching off the lateral line **142** between that upstream riser **162** and farthest field point **154**, the level of chlorine delivered to the crops was no more than, and presumably rather less than, 1.8 ppm free chlorine and 2.0 ppm total chlorine. Such moderate levels of chlorine in the irrigation water as delivered to crops are believed to be well within the safe level range.

The method and system of the present invention do not, however, in broad embodiments exclude the selection of target chlorine residuals at the outer (preferably farthest) field point that are outside of, and even well outside of, the range of from about 0.3 to about 0.6 ppm free chlorine and/or total chlorine. For instance, using the Day 1s2 conditions of Example 2 for reference, chlorine residuals of 0.0 ppm free chlorine and 0.1 ppm total chlorine were seen together with coliform bacteria counts of 401 colonies/100 ml at the farthest field point. While coliform bacteria counts at the level of 401 colonies/100 ml would be intolerable to many growers, on a relative basis there was a highly significant drop in the con-

21

tamination level for that irrigation system. The untreated irrigation water itself had coliform bacteria counts more than twice as high, and the dirty internal surfaces of the irrigation system **110** could well have raised the actual contamination level of the water delivered to the crops even higher. Therefore an irrigation system will benefit from the implementation of the present invention and system using target chlorine residuals at the outer field point that are as low as 0.1 ppm total chlorine, even in the absence of detectable free chlorine at that point, although a detectable free chlorine residual of 0.1 ppm would be or more benefit in the present method and system. Further, a detectable chlorine residual, particularly if it is a detectable free chlorine residual, realized at the outer field point, is sufficient to provide the benefits of the present invention. A detectable level of chlorine residuals, whether free chlorine or total chlorine, is now 0.1 ppm when using current conventional analysis techniques suitable for use in the field, although the present invention is not limited to 0.1 ppm chlorine residual as the lowest detectable level.

In addition, the method and system of the present invention do not, in broad embodiments, exclude the selection of target chlorine residuals at the outer (preferably farthest) field point that are higher than 0.6 ppm free chlorine and/or total chlorine. Although higher chlorine residuals are not believed necessary for near complete irrigation-water disinfection, and although the chlorine-source costs will possibly increase without a concomitant performance-increase benefit, such a method and system would remain effective as to the goal of establishing a system in which microbial disinfection is realized throughout the irrigation system, regardless of which block or portion of the field is under irrigation.

The method of the present invention, as seen in the above Examples 1 and 2, in preferred embodiments may include the steps of determining the level(s) of one or more microbiological species at the outer (preferably farthest) field point and/or at one or more points upstream thereof. The method of the present invention, as seen in the above Examples 1 and 2, in preferred embodiments also may include the steps of determining the chlorine residual level(s) at one or more points upstream of the outer (preferably farthest) field point.

### Example 3

Referring to FIG. **3**, there is shown a schematic illustration of an exemplifying agricultural irrigation system of the present invention, which is designated by the general reference number **210**. The irrigation system **210** provides irrigation water to the field under cultivation laid out among hills **204**, **206**, **208** which themselves are not under cultivation. The source of irrigation water **220** is flanked by hills **204**, **206**. Irrigation water is drawn from the irrigation water source **220** by a plurality of pumps (not shown) of an irrigation pumping station **222** into a main line **232**. The main line **232** branches into two lateral lines, namely the first lateral line **240** and the second lateral line **242**. Irrigation water flows to the first and second lateral lines **240**, **242** are controlled respectively by the first and second shut-off valves **246**, **248**, each neighboring the intersection **239** of the lateral lines **240**, **242** with the main irrigation line **232**. Each lateral line has a plurality of irrigation lines **260** branching off and stretching out along the crops (not shown). Each irrigation line **260** has a plurality of irrigation delivery points (not shown) at which irrigation water is delivered to the crops. At the intersection of each irrigation line **260** and the respective lateral line from which it stems is a riser **262** (small shut-off valve) permitting the halting of water flow to its respective irrigation line **260**. Off of each lateral line is an outermost block point, namely a first

22

outermost block point **252** of the first lateral line **240** and a second outermost block point **254** off of the second lateral line **242**. The outermost block points **252**, **254** are the points along or off each lateral line (for instance as here at the end of an irrigation line **260**) that are the most remote longitudinally (pipe length) from the point of, or upstream of, the branching of the main line **232** at intersection **239**. The outermost block point **254** of the second lateral line **242** is the outermost block point out longitudinally (pipe length) in the irrigation system **210**, again in the sense of longitudinal length of the irrigation pipe from intersection **239** or upstream thereof, and is also the farthest field point, although "as the crow flies" it is the closest point to the irrigation source **220**. A chlorine delivery system **226** is installed downstream of the irrigation pump **222**, and downstream of a filter **290** which filters solid debris out of the irrigation water flowing through the main water line **232**. Also shown in FIG. **3** is an alternatively placed chlorine delivery system **226'** which is positioned upstream of the filter **290**. The chlorine demand measurement at chlorine delivery system **226'** would include the chlorine-demand contribution of the solid debris being filtered out of the irrigation water downstream at the filter **290**, and therefore sufficient chlorine would be fed to the main line **232** for the purpose of the present invention despite the chlorine consumption of the solid debris removed at the filter **290**. Only one chlorine delivery system, either system **226** or system **226'**, would normally be installed and used.

Also depicted diagrammatically in the system shown in FIG. **3** is a first analytical station **280** adapted for determining the chlorine demand of the water upstream of the point of irrigation water entry to the field and a second analytical station **282** adapted for determining the chlorine residual level of the irrigation water at the farthest field point.

Some but not all irrigation systems have more than a single pump operating at its irrigation pumping station. Therefore the terminology of irrigation pumping station as used herein, and as understood generally in the agricultural irrigation field, includes not only single-pump but also multi-pump pumping stations.

Nearly all irrigation systems will experience flow-rate differentials, depending on to which block the irrigation water is flowing. This phenomena normally reflects (is consequential to) differences between blocks, which differences include the size (in acres or other area units) of the blocks, the type and number of active irrigation water delivery-point devices within the blocks, as well as the elevation of the blocks, and in some instances the water pressure of the system. In the instances of irrigation systems having no flow-rate differential of any significance beyond the on/off conditions (zero flow rate when the water-flow system is off, and a single, substantially consistent or constant flow rate when the water-flow system is on), there is no need to continuously track the flow rate with a flow meter or the like. Instead, simpler means for determining the flow rate past the chlorine delivery system (when the water-flow system is on) can be used prior to calibrating the variable chlorine delivery system. For instance, the flow rate often can be determined using a simple timer, and the on/off variation of flow rate can be determined using a pressure sensor or flow sensor. The variable chlorine delivery system controls may also be simpler than the controls which automatically respond to operational water-flow rate differentials, because their variable characteristics need not surpass that required for the calibration based on the determined (and substantially constant) water flow rate and target chlorine residual. The selection, installation and operation of flow-rate meters or substitutes, and other equipment needed for implementing the method of the present invention,

23                                           24

are well within the skill of a person of ordinary skill in the technical field, and all of such equipment is also commercially available at viable cost.

Some but not all irrigation systems have one or more filters between the source of irrigation water and the water delivery points, and normally between the source of irrigation water and the field. Such filters remove debris, including small particles, from the irrigation water upstream of water delivery points. The filter-removed substances routinely include some bio-contamination and/or other materials which contribute to the chlorine demand seen when the chlorine demand of the incoming irrigation water is measured ahead (upstream) of the filter.

Irrigation water flow rates in multi-block fields normally differ from block to block. In other words, the irrigation water flow rate through a multi-block irrigation system depends on the block under irrigation at the time. This is a normal phenomenon and reflects (is consequential to) differences between blocks, which differences include without limitation the relative sizes (in acres or other unit area) of the blocks, the type and number of active irrigation water delivery-point devices within the blocks, as well as the elevation of the blocks, and in some instances the pressure of the system.

As seen from the above examples, the present method of chlorination water treatment of agricultural water, particularly of agricultural water for irrigation, includes continuous chlorination disinfection. Among the purposes of such disinfection are the sanitation of coliform and prevention of plugging from biofilms and algae in drip irrigation systems. Continuous chlorination at a dosage determined by the present method application is a preventive or maintenance mode of chlorination. Shock chlorination treatments are used for emergency situations in canals, reservoirs, and irrigation systems. Shock treatment at higher chlorination rate is used for extreme conditions, and is the remediation mode of chlorination.

The method of the present invention does not exclude associated water treatment to alleviate interferences with the disinfection chlorination process, such as those spawned by turbidity, high pH and the like. The method of the present invention also does not exclude associated water treatments reducing or eliminating chlorine-demanding non-biological organic and/or inorganic compounds (e.g. iron, manganese), such as the oxidation of iron and manganese in tanks or reservoirs prior to filtration and/or prior to downstream chlorine feeding, although the presence of excess chlorine-demanding compounds normally does not adversely impact the efficacy of the method of the present invention.

While the foregoing written description of the invention enables one of ordinary skill to make and use what is considered presently to be the best mode thereof, those of ordinary skill will understand and appreciate the existence of variations, combinations, and equivalents of the specific embodiment, method, and examples herein. The invention should therefore not be limited by the above described embodiment, method, and examples, but by all embodiments and methods within the scope and spirit of the invention as claimed.

We claim:

**1**. A method for disinfecting irrigation water in an agricultural irrigation system, said agricultural irrigation system having irrigation water, a pipeline network serving an agricultural-production field and a point of entry of irrigation water to said field, comprising the steps of:

   determining an outer field point along said pipeline network;

   providing a chlorine source;

   providing a variable chlorine delivery system;

   selecting a detectable target chlorine residual at said outer field point;

   before activating of said chlorine delivery system, determining the chlorine demand of said irrigation water upstream of said field;

   activating said chlorine delivery system whereby said chlorine source is continuously fed to said irrigation water upstream of said field;

   after said activating of said chlorine delivery system, determining the level of chlorine residual at said outer field point;

   combining said target chlorine residual and said chlorine demand to determine a target chlorine feed level; and

   calibrating said chlorine delivery system based on said target chlorine feed level and the rate of flow of said irrigation water at said point of entry of said irrigation water to said field.

**2**. A method for disinfecting irrigation water in an agricultural irrigation system, said agricultural irrigation system having irrigation water, a pipeline network serving an agricultural-production field and a point of entry of irrigation water to said field, comprising the steps of:

   determining an outer field point along said pipeline network;

   providing a chlorine source;

   providing a variable chlorine delivery system;

   selecting a detectable target chlorine residual at said outer field point;

   activating said chlorine delivery system whereby said chlorine source is continuously fed to said irrigation water upstream of said field;

   after said activating of said chlorine delivery system, determining the level of chlorine residual at said outer field point; and after said activating of said chlorine delivery system, determining the level of at least one microbiological specie in said irrigation water at said outer field point.

**3**. A method for disinfecting irrigation water in an agricultural irrigation system, said agricultural irrigation system having irrigation water, a pipeline network serving an agricultural-production field and a point of entry of irrigation water to said field, wherein said agricultural-production field further includes at least a first block, wherein said pipeline network further includes a main line having a first lateral line branching off said main line at a first intersection, servicing said first block, having a first outermost block point which is not said outer field point, wherein said first intersection is downstream of said chlorine injection point, comprising the steps of:

   determining an outer field point along said pipeline network;

   providing a chlorine source;

   providing a variable chlorine delivery system;

   selecting a detectable target chlorine residual at said outer field point;

   activating said chlorine delivery system whereby said chlorine source is continuously fed to said irrigation water upstream of said field;

   after said activating of said chlorine delivery system, determining the level of chlorine residual at said outer field point; and

   after said activating of said chlorine delivery system and determining the level of chlorine residual at said outer field point, at a time when said irrigation is flowing to block 1, determining the level of at least one microbiological specie at said first outermost block point.

US 7,638,064 B1

**25**

**4**. A method for disinfecting irrigation water in an agricultural irrigation system, said agricultural irrigation system having irrigation water, a pipeline network serving an agricultural-production field and a point of entry of irrigation water to said field, wherein said field further includes at least a first block, wherein said pipeline network further includes a main line having a first lateral line branching off said main line at a first intersection, servicing said first block, having a first outermost block point which is not said outer field point, and having a first riser, wherein said first intersection is downstream of said chlorine injection point, comprising the steps of:

  determining an outer field point along said pipeline network;

  providing a chlorine source;

  providing a variable chlorine delivery system;

  selecting a detectable target chlorine residual at said outer field point;

  activating said chlorine delivery system whereby said chlorine source is continuously fed to said irrigation water upstream of said field;

  after said activating of said chlorine delivery system, determining the level of chlorine residual at said outer field point; and

  after said activating of said chlorine delivery system, at a time when said irrigation is flowing to block 1, determining the level of chlorine residual and at least one microbiological specie at said first outermost block point and determining the level of chlorine residual at said first riser.

**26**

**5**. A method for disinfecting irrigation water in an agricultural irrigation system, said agricultural irrigation system having irrigation water, a pipeline network serving an agricultural-production field and a point of entry of irrigation water to said field, wherein said field further includes at least a first block, wherein said pipeline network further includes a main line having a chlorine injection point, a first lateral line branching off said main line at a first intersection, servicing said first block and having a first outermost block point and a first riser, wherein said first intersection is downstream of said chlorine injection point, comprising the steps of:

  determining an outer field point along said pipeline network;

  providing a chlorine source;

  providing a variable chlorine delivery system;

  selecting a detectable target chlorine residual at said outer field point;

  activating said chlorine delivery system whereby said chlorine source is continuously fed to said irrigation water upstream of said field;

  after said activating of said chlorine delivery system, determining the level of chlorine residual at said outer field point; and

  after said activating of said chlorine delivery system, when said irrigation is flowing to block 1, determining the level of chlorine residual at said first outermost block point, at said first riser and at said chlorine injection point.

* * * * *

**EXHIBIT C**

 **Deerpoint Group, Inc.**

## DEERPOINT GROUP, INC.
## EMPLOYEES INVENTION AND SECRECY AGREEMENT

I, _Andres Barrera Jr_ understand that as an employee of Deerpoint Group, Inc., (hereinafter referred to as "Company"), I may be given access to or acquire information confidential to Company and may conceive and make inventions, discoveries, improvements, and or designs that relate to the business of Company. Accordingly, to obviate any misunderstanding at some future date regarding Company's rights to such matters, I accept the following obligations as incident to and in consideration of my employment (or continuation of employment as the case may be) with Company:

1). I agree to disclose promptly and in writing to Company all inventions, discoveries, improvements, or designs (a) which are conceived or made by me during the term of my employment with Company and which relate to Company's existing fields of operation or a reasonable expansion thereof and (b) which are conceived or made by me within three (3) years following termination of my employment with Company and which are based upon work done by me or assigned to me or upon information to which I had access as a result of my employment with Company. I agree that such inventions, discoveries, improvements, or designs shall be the exclusive property of Company, whether or not patent applications are filed thereon and I hereby assign to Company all rights, title, and interest to such inventions, discoveries, improvements, and designs. It is understood that in the event I feel an invention, discovery, improvement, or design made or conceived by me does not fall within either of categories (a) or (b) above, I have the right to request a statement in writing from Company of Company's disclaimer of any rights thereto. It further is understood that if such a request discloses a difference of opinion, the issue shall be submitted at Company's expense to a patent attorney mutually acceptable to the parties and the ultimate decision of that attorney shall be final. Failure on my part to request such a disclaimer from Company within six (6) months of the conception of me of any inventions, discovery, improvement, or design falls within either category (a) or (b) above.

2). I agree to perform any acts and execute at Company's request and at no expense to me, any and all papers and instruments Company considers reasonably necessary to perfect and protect Company's rights, title, and interest in any and to inventions, discoveries, improvements, and designs covered by paragraph 1 above, and any U.S. and/or foreign patent applications or extensions thereof embodying same. I further agree that this obligation shall continue after the termination of my employment with Company.

3). I agree that unless I have received authorization from Company to do so I shall not either during or after my employment with Company (a) disclose to any third party, (b) use, or (c) publish any information which is secret and

confidential to Company. Such information, it is understood, may include, but is not limited to, knowledge and data relating to processes, machines, compounds and compositions, formulas, business plans, and marketing and sales information originated, owned, controlled or possessed by Company and which give Company an opportunity to obtain an advantage over its competitors. I further understand that as a guide I am to consider information originated, owned, controlled, or possessed by Company which is not disclosed in printed publications stated to be available for distribution outside Company as being secret and Confidential to Company. In instances wherein doubt exists in my mind as to whether information is secret and Confidential to Company, I will request an opinion, in writing, from Company.

4). I agree that items (including but not limited to, products, equipment, data sheets, reports, memoranda, notes, records, plots, sketches, plans and other tangible items) which I possess or to which I am given access to as a direct result of my employment with Company shall at all times be recognized as the exclusive property of Company.  I further agree that at not time, without express authorization from Company, shall I make such items available to third parties and that I shall upon leaving the employ of Company, deliver promptly to Company any such items (including copies thereof) which I have in my possession.

5). I agree that Company may make reasonable use of my name, portrait or photograph for advertising and trade purposes.

6). I agree that employment by and the compensation routinely received therefore from Company, and such other compensation as Company may from time to time provide, shall be full consideration and compensation for services performed by me and for inventions, discoveries, improvements, and designs assigned by me to Company hereunder. I further understand that the amount and/or nature of compensation routinely received by me from Company may be changed from time to time without affecting any provision of this agreement.

7). I further understand that the term "Company" as employed herein shall be taken to include Deerpoint Group, Inc. ("DPG") and any and all corporations, which are owned directly through the owners of DPG, including but not limited to Deerpoint Industries, Inc. and J.C. Miller and Associates, Inc. Therefore, for example, the phrase "fields of operation of Company" as employed herein shall include the fields of operation of such related corporations as well as DPG. This agreement, when executed by me, shall inure to the benefit of said corporations and shall continue to be in full force and effect as long as I continue employment with Company.

8). I agree that I may terminate my employment with the Company at any time but will give the Company two weeks' prior written notice. The Company may terminate my employment at any time without cause but must give me two weeks' prior written notice or pay in lieu of such notice. The Company may

Deerpoint Group, Inc.
INT-DPG-000206- DPG NOT PRODUCED

terminate my employment at any time for cause without notice and without payment of unearned salary, bonuses, or commissions.

9). This agreement is divisible and separable so that, if any provision or provisions hereof shall be held to be invalid, such holding shall not impair the remaining provisions hereof. If any provision hereof is construed to be too broad to be enforced, such provision shall be construed to create only an obligation to the full extent allowable by law.

10). This agreement shall bind me and my heirs, executors, administrators, and personal representatives and the successors and assigns of Company.

11). This agreement shall be construed according to the laws of the state of California.

12). This agreement supercedes all prior agreements, if any, between Company and myself with respect to the matters set forth.

In evidence of my assent to and understanding of the above terms I have signed this agreement, this ___30th___ day of ___June___, 2010.


_____
**Employee**


By _____
John C. Miller
Vice President
Deerpoint Group, Inc.

INT-DPG-000207- DO NOT PRINT/COPY/SHARE

Deerpoint Group, Inc.
PO Box 1607 ● Kingsburg/Fresno/CA 93711
Office 559-268-0703 ● Fax 559-431-0014
www.thedeerpointgroup.com

**EXHIBIT D**

# Deerpoint Group, Inc.

## DEERPOINT GROUP, INC.
## EMPLOYEES INVENTION AND SECRECY AGREEMENT

I, _Eduardo Erenas_ understand that as an employee of Deerpoint Group, Inc., (hereinafter referred to as "Company"), I may be given access to or acquire information confidential to Company and may conceive and make inventions, discoveries, improvements, and or designs that relate to the business of Company. Accordingly, to obviate any misunderstanding at some future date regarding Company's rights to such matters, I accept the following obligations as incident to and in consideration of my employment (or continuation of employment as the case may be) with Company:

1). I agree to disclose promptly and in writing to Company all inventions, discoveries, improvements, or designs (a) which are conceived or made by me during the term of my employment with Company and which relate to Company's existing fields of operation or a reasonable expansion thereof and (b) which are conceived or made by me within three (3) years following termination of my employment with Company and which are based upon work done by me or assigned to me or upon information to which I had access as a result of my employment with Company. I agree that such inventions, discoveries, improvements, or designs shall be the exclusive property of Company, whether or not patent applications are filed thereon and I hereby assign to Company all rights, title, and interest to such inventions, discoveries, improvements, and designs. It is understood that in the event I feel an invention, discovery, improvement, or design made or conceived by me does not fall within either of categories (a) or (b) above, I have the right to request a statement in writing from Company of Company's disclaimer of any rights thereto. It further is understood that if such a request discloses a difference of opinion, the issue shall be submitted at Company's expense to a patent attorney mutually acceptable to the parties and the ultimate decision of that attorney shall be final. Failure on my part to request such a disclaimer from Company within six (6) months of the conception of me of any inventions, discovery, improvement, or design falls within either category (a) or (b) above.

2). I agree to perform any acts and execute at Company's request and at no expense to me, any and all papers and instruments Company considers reasonably necessary to perfect and protect Company's rights, title, and interest in any and to inventions, discoveries, improvements, and designs covered by paragraph 1 above, and any U.S. and/or foreign patent applications or extensions thereof embodying same. I further agree that this obligation shall continue after the termination of my employment with Company.

3). I agree that unless I have received authorization from Company to do so I shall not either during or after my employment with Company (a) disclose to any third party (b) use, or (c) publish any information which is secret and

4339 N. Solland Ave. • Fresno, CA 9
Office 559-224-4000 • Fax 559-431-
www.thedeerpointgroup.

confidential to Company. Such information, it is understood, may include, but is not limited to, knowledge and data relating to processes, machines, compounds and compositions, formulas, business plans, and marketing and sales information originated, owned, controlled or possessed by Company and which give Company an opportunity to obtain an advantage over its competitors. I further understand that as a guide I am to consider information originated, owned, controlled, or possessed by Company which is not disclosed in printed publications stated to be available for distribution outside Company as being secret and Confidential to Company. In instances wherein doubt exists in my mind as to whether information is secret and Confidential to Company, I will request an opinion, in writing, from Company.

4). I agree that items (including but not limited to, products, equipment, data sheets, reports, memoranda, notes, records, plots, sketches, plans and other tangible items) which I possess or to which I am given access to as a direct result of my employment with Company shall at all times be recognized as the exclusive property of Company.  I further agree that at not time, without express authorization from Company, shall I make such items available to third parties and that I shall upon leaving the employ of Company, deliver promptly to Company any such items (including copies thereof) which I have in my possession.

5). I agree that Company may make reasonable use of my name, portrait or photograph for advertising and trade purposes.

6). I agree that employment by and the compensation routinely received therefore from Company, and such other compensation as Company may from time to time provide, shall be full consideration and compensation for services performed by me and for inventions, discoveries, improvements, and designs assigned by me to Company hereunder. I further understand that the amount and/or nature of compensation routinely received by me from Company may be changed from time to time without affecting any provision of this agreement.

7). I further understand that the term "Company" as employed herein shall be taken to include Deerpoint Group, Inc. ("DPG") and any and all corporations, which are owned directly through the owners of DPG, including but not limited to Deerpoint Industries, Inc. and J.C. Miller and Associates, Inc. Therefore, for example, the phrase "fields of operation of Company" as employed herein shall include the fields of operation of such related corporations as well as DPG. This agreement, when executed by me, shall inure to the benefit of said corporations and shall continue to be in full force and effect as long as I continue employment with Company.

8). I agree that I may terminate my employment with the Company at any time but will give the Company two weeks' prior written notice. The Company may terminate my employment at any time without cause but must give me two weeks' prior written notice or pay in lieu of such notice. The Company may

Deerpoint Group, Inc.
800 W Fallbrook Ave Suite 103 Fresno CA 93711
Office 559-288-0103 Fax 559-431-0014
www.thedeerpointgroup.com

INT-DPG-000192- DO NOT PRODUCE

terminate my employment at any time for cause without notice and without payment of unearned salary, bonuses, or commissions.

9). This agreement is divisible and separable so that, if any provision or provisions hereof shall be held to be invalid, such holding shall not impair the remaining provisions hereof. If any provision hereof is construed to be too broad to be enforced, such provision shall be construed to create only an obligation to the full extent allowable by law.

10). This agreement shall bind me and my heirs, executors, administrators, and personal representatives and the successors and assigns of Company.

11). This agreement shall be construed according to the laws of the state of California.

12). This agreement supercedes all prior agreements, if any, between Company and myself with respect to the matters set forth.

In evidence of my assent to and understanding of the above terms I have signed this agreement, this ___28___ day of ___Oct 3___, 2011.

_____
Employee

By _____
John C. Miller
Vice President
Deerpoint Group, Inc.

Deerpoint Group, Inc.
400 W. Fallbrook Ave., Suite 109 • Fresno, CA 93711
Office 559-233-9103 • Fax 559-431-9014
www.thedeerpointgroup.com

INT-DPG-000193- DO NOT PRODUCE