**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**JOSEPH V. MACIAS 273168**
**SUTTON HAGUE LAW CORPORATION**
6715 North Palm Ave., Suite 216
Fresno, CA 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorney for Plaintiff/Counter-Defendants
Deerpoint Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deerpoint Group, Inc., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Acqua Concepts, Inc. (DBA Ag Water Chemical of California), a California Corporation; Mr. Andres Barrera, an Individual; Mr. Eduardo Erenas, an Individual; and Does 1-10.<br><br>Defendants.<br><br>Acqua Concepts, Inc. (DBA Ag Water Chemical of California), a California Corporation,<br><br>Counterclaimant<br><br>vs.<br><br>Deerpoint Group, Inc., an Illinois Corporation, and Does 1-10,<br><br>Counter-Defendants | Case No. 1:14-cv-01503<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br>**(FRCP 12(b)(6))**<br><br>**Date:** December 17, 2014<br>**Time:** 9:30 a.m.<br>**Court Room: 9**<br>**Judge:** Hon. Stanley A. Boone |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 17, 2014 at 9:30 a.m. or soon thereafter as the matter may be heard in the above-entitled court, located at 2500 Tulare St #1501, Fresno, CA 93721, Plaintiff DEERPOINT GROUP, INC. ("Deerpoint" or "Plaintiff") will move the court to dismiss

Defendant Acqua Concepts, Inc. ("Acqua" or "Defendant")'s Counterclaimant pursuant to Federal Rule of Civil Procedure 12(b)(6) because they are not claims upon which relief can be granted. The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers filed herein and such other argument and evidence that will be presented at or before the hearing on this matter.

Date:  November 14, 2014

SUTTON HAGUE LAW CORPORATION
A Professional Corporation

By _____
S. BRETT SUTTON
Attorneys for Plaintiff/Counter-Defendants
DEERPOINT GROUP, INC.

SUTTON HAGUE LAW CORPORATION
6715 NORTH PALM AVE
SUITE 216
FRESNO, CA 93704