Charles L. Doerksen, #135423
Chad T. Snyder, #269471
DOERKSEN TAYLOR LLP
2125 Kern Street, Suite 304
Fresno, California  93721
Tel:   559 233 3434
Fax:  559 233 3939

Attorneys for defendant and counterclaimant Acqua Concepts, Inc. dba Ag Water Chemical of California; and defendants Andres Barrera and Eduardo Erenas

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| Deerpoint Group, Inc., an Illinois Corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>Acqua Concepts, Inc. (dba Ag Water Chemical of California), a California Corporation; Mr. Andres Barrera, an individual; Eduardo Erenas, an individual, and Does 1-10,<br><br>     Defendants. | Case No. 1:14-cv-1503-SAB<br><br>**ORDER ON STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE AMENDED COUNTERCLAIM** |
| Acqua Concepts, Inc. (dba Ag Water Chemical of California), a California Corporation,<br><br>     Counterclaimant,<br><br>     vs.<br><br>Deerpoint Group, Inc., an Illinois Corporation, and Roes 1-10,<br><br>     Counter-Defendants. | |

1  WHEREAS, on December 16, 2014, the above-entitled court entered its order granting plaintiff Deerpoint Group, Inc.'s motion to dismiss the counterclaim of defendant Acqua Concepts, Inc., giving said defendant until December 30, 2014, to file an amended counterclaim; and

WHEREAS, the parties have stipulated that defendant Acqua Concepts, Inc., may have until January 2, 2015, to file an amended counterclaim,

IT IS HEREBY ORDERED that if Acqua Concepts, Inc., wishes to file a counterclaim, an amended counterclaim shall be filed by January 2, 2015.

IT IS SO ORDERED.

Dated:   **December 30, 2014**

UNITED STATES MAGISTRATE JUDGE

2