S. BRETT SUTTON 143107
JARED HAGUE 251517
JOSEPH V. MACIAS 273168
SUTTON HAGUE LAW CORPORATION
6715 North Palm Ave., Suite 216
Fresno, CA 93704
Telephone:   (559) 325-0500
Facsimile:   (559) 981-1217

Attorney for Plaintiff Deerpoint Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| Deerpoint Group, Inc., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Acqua Concepts, Inc. (DBA Ag Water Chemical of California), a California Corporation;<br><br>Mr. Andres Barrera, an Individual;<br><br>Mr. Eduardo Erenas, an Individual; and<br><br>Does 1-10.<br><br>Defendants. | Case No. 1:14-cv-01503-SAB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COUNTERCLAIM; ORDER** |

On January 2, 2015, Defendant Acqua Concepts, Inc., ("Defendant") filed an amended counterclaim. The parties have agreed that Plaintiff Deerpoint Group, Inc., ("Plaintiff") may have until February 2, 2015, to file an answer to Defendant's counterclaim.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that Plaintiff shall file its Answer to Defendant's Counterclaim by February 2, 2015, to file its answer to Defendant's counterclaim.

/ / /

/ / /

/ / /

2

Date: January 28, 2015                          SUTTON HAGUE LAW CORPORATION


By _____/S/_____
    S. BRETT SUTTON
    Attorneys for Counter-defendant
    Deerpoint Group, Inc.


Date: January 28, 2015                          DOERKSEN TAYLOR LLP


By _____/S/_____
    CHARLES L. DOERKSEN
    Attorneys for Counter-claimant
    Ag Water Chemical of California


IT IS SO ORDERED.

Dated:   **January 28, 2015**

UNITED STATES MAGISTRATE JUDGE

3