UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| Deerpoint Group, Inc., | Case No. 1:14-cv-1503-SAB |
| Plaintiff, | ORDER ON STIPULATION FOR DISMISSAL OF ACTION AND AWARD OF ATTORNEYS' FEES; ORDER VACATING ALL PENDING DATES IN THIS ACTION |
| vs. | |
| Acqua Concepts, Inc., et al., | (ECF No. 56) |
| Defendants. | |
| Acqua Concepts, Inc., | |
| Counterclaimant, | |
| vs. | |
| Deerpoint Group, Inc., | |
| Counter-Defendant. | |

Pursuant to the parties stipulation for dismissal of this action, IT IS HEREBY ORDERED that:

1. All pending dates in this action are VACATED;

2. Defendant Acqua Concepts shall file a motion for attorney fees within forty-five (45) days of this order; and

1

3. The complaint and the counterclaim shall be dismissed with prejudice following the Court's ruling on the motion for attorney fees.

IT IS SO ORDERED.

Dated:   **October 26, 2015**

UNITED STATES MAGISTRATE JUDGE

2